# EXHIBIT A



Proskauer Rose LLP   Eleven Times Square   New York, NY 10036-8299

August 7, 2020

*Via First Class Mail*
*Via Facsimile (202) 485-1669*
*Via Facsimile (202) 261-8579*

Gregg M. Mashberg
Member of the Firm
d +1.212.969.3450
f 212.969.2900
gmashberg@proskauer.com
www.proskauer.com

U. S. Department of State
Office of Information Programs and Services
A/GIS/IPS/RL
2201 C Street N.W., Suite B266
Washington, D.C. 20520-0000

U.S. Department of State
Office of Information Programs and Services
State Annex 2 (SA-2)
515 22nd Street, N.W.
Washington, DC 20522-8100

Re: FOIA Request re: Extradition of Ahlam al-Tamimi from Jordan

Dear Sir or Madam:

This firm is counsel to Arnold and Frimet Roth (the "Roths").  Pursuant to the Freedom of Information Act, 5 U.S.C. 552, as amended, and 22 C.F.R Part 171 ("FOIA"), the Roths respectfully request that the Department of State  ("DOS") produce the "records"[1] identified below pursuant to and within the time frames set forth in FOIA.

Background and Definitions

The Roths' fifteen year old daughter, Malki Roth, a U.S. national, was murdered in the August 9, 2001 terrorist bombing of the Sbarro Pizzeria in Jerusalem (the "Sbarro Attack"). Since 2011, the Hashemite Kingdom of Jordan ("Jordan") has been harboring the terrorist responsible for the Sbarro Attack, Ahlam Aref Ahmad al-Tamimi ("Tamimi").

In 2013, the U.S. Department of Justice ("DOJ") filed a criminal complaint (the "Complaint") against Tamimi for violation of 18 U.S.C. §§ 2332a(a)(l) and (2), arising out of Tamimi's role in the Sbarro Attack and issued a warrant for her arrest.  Case 1:13-mj-580 (D.D.C., July 15, 2013).[2]  DOJ unsealed the Complaint on March 14, 2017 and included her on the list of FBI Most Wanted Terrorists.

---

[1] As defined in 22 C.F.R. 171.1(b).

[2] https://www.investigativeproject.org/documents/case_docs/3258.pdf

**Proskauer** 》

U. S. Department of State
Office of Information Programs and Services
August 7, 2020
Page 2

Pursuant to the terms of the extradition treaty between the U.S. and Jordan, executed on or about March 28, 1995, and entered into force on or about July 29, 1995 (the "Treaty"), the U.S. has requested that Jordan extradite Tamimi to the U.S. to stand trial for the murder of Malki Roth and another U.S. national in the Sbarro Attack (the "Extradition Request"). Jordan, however, has refused to comply with the Extradition Request, claiming that the Treaty is not effective (the "Treaty Rejection"). DOS[3], however, deems the Treaty to be in force and valid, listing it as such in the DOS publication, "Treaties in Force."

Records Requested

1. All records or other documents or communications constituting or relating to the exchange of Instruments of Ratification[4] between the U.S. and Jordan relating to the Treaty.
2. All records or other documents or communications constituting or relating to any proposed or actual presidential proclamation and/or Executive Order declaring the Treaty to be in force.
3. All records or other documents or communications constituting or relating to any diplomatic notes or other communications from Jordan with respect to Jordan's internal procedures with respect to bringing the Treaty into force.
4. All records or other documents or communications constituting or relating to the Extradition Request, including intra-U.S. government communications as well as communications between the U.S. government and Jordan with respect thereto.
5. All records or other documents or communications constituting or relating to Jordan's refusal to comply with the Extradition Request, including intra-U.S. government communications as well as communications between the U.S. government and Jordan with respect thereto.
6. All records or other documents or communications relating to (a) Jordan's Court of Cassation's decision, on or about March 20, 2017, that the Treaty is invalid under Jordanian constitutional law, including intra-U.S. government communications as well as communications between the U.S. government and Jordan; and (b) any prior ruling by a Jordanian court (including without limitation in 1996) regarding the validity or effectiveness of the Treaty.

--------

[3] References herein to DOS include the U.S. Mission in Amman.

[4] Instruments of ratification refer to the exchange of instruments by the parties to the treaty whereby each country gives notice to the other that it has completed its domestic constitutional processes for approval and entry into force of the agreement. *See generally* https://www.justice.gov/file/23646/download

**Proskauer »**

U. S. Department of State
Office of Information Programs and Services
August 7, 2020
Page 3

7. All records or other documents or communications relating to any statement by or communication from Jordan regarding whether the Treaty is in force, including intra-U.S. government communications as well as communications between the U.S. government and Jordan.

8. All records or other documents or communications relating to (a) the inclusion of the Treaty in Treaties in Force, and (b) the statement in DOS's "Country Reports on Terrorism 2019: Jordan"[5] that, in the context of noting the Extradition Refusal, "The United States regards the extradition treaty with Jordan as valid and in force."

9. All records or other documents or communications relating to any instances where the Treaty has (a) been applied or utilized or (b) not applied or utilized with respect to the extradition, transfer or rendition of persons from Jordan to the U.S., other than Tamimi, including but not limited to Eyad Ismoil (a/k/a Iyad Isama'il Al-Najim)[6]; Mohammad Zaki Amawi[7]; and Nader Saadeh[8].

To the extent DOS objects to any of the above requests, in whole or in part, the Roths respectfully request that DOS produce all records to which it has no objection and otherwise explain the bases for any objections

The Roths acknowledge will agree to pay a fee in excess of $25.00, subject to prior notice of the amount of such excess and the Roths' agreement to pay such excess fee.

Thank you for your cooperation.

Sincerely,

Gregg M. Mashberg

Cc: Arnold and Frimet Roth

---

[5] https://www.state.gov/reports/country-reports-on-terrorism-2019/jordan/

[6] https://www.cambridge.org/core/journals/american-journal-of-international-law/article/contemporary-practice-of-the-united-states-relating-to-international-law/1A53A8ED43F7094469D422264D4CE174

[7] https://www.jpost.com/International/US-Alleged-terrorist-tries-to-annul-extradition

[8] https://www.alaraby.co.uk/english/news/2015/8/11/jordanian-american-appears-in-new-york-court-on-is-charges