# EXHIBIT C

**From:** Mashberg, Gregg M.
**Sent:** Monday, October 5, 2020 6:26 PM
**To:** 'robinsonkn@state.gov' ; 'FOIAStatus@state.gov'
**Subject:** Aug 7 2020 FOIA Request

Dear Ms. Robinson and Colleagues:

On August 7, 2020, I filed the attached FOIA request on behalf of my clients.  The confirmation of the electronic filing is attached.  My efforts to fax the request were unsuccessful as the Department's fax machines were not operative.  Copies of the attempted transmission reports are attached.  I also caused the FOIA request to be mailed via USPS.

Since August 7 I have not received any further response from the State Department regarding the FOIA request.  While I recognized the extraordinary conditions under which we are all operating, I would greatly appreciate hearing from the appropriate official regarding the status of my request.

Thank you for your cooperation.

Sincerely,

**Gregg M. Mashberg**
Partner

Proskauer
Eleven Times Square
New York, NY 10036-8299
d 212.969.3450/ f  212.969.2900
gmashberg@proskauer.com