IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| FRIMET ROTH and ARNOLD ROTH,<br><br>       Plaintiffs,<br><br>-against-<br><br>UNITED STATE DEPARTMENT OF STATE,<br><br>       Defendant. | Case No. 1:20-cv-03838 |

**[PROPOSED] ORDER GRANTING PLAINTIFFS' MOTION FOR WAIVER OF LOCAL CIVIL RULES 5.1(c)(1) AND 11.1**

Upon consideration of Plaintiffs' *Motion For Waiver of Local Civil Rules 5.1(c)(1) and 11.1*, and the memorandum submitted in support thereof, the Court has determined that Plaintiffs' *Motion For Waiver of Local Civil Rules 5.1(c)(1) and 11.1* should be, and hereby is, GRANTED.

Dated: _____

                  _____
                    United States District Judge