IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| FRIMET ROTH and ARNOLD ROTH,<br><br>  Plaintiffs,<br><br>  -against-<br><br>UNITED STATES DEPARTMENT OF STATE,<br><br>  Defendant. | Case No. 1:20-cv-03838 |

**DECLARATION OF GREGG M. MASHBERG IN
SUPPORT OF MOTION FOR ADMISSION *PRO HAC VICE***

I, Gregg M. Mashberg, declare:

1. My full name is Gregg M. Mashberg.

2. My office address and telephone number are:
   Proskauer Rose LLP
   11 Times Square
   New York, New York 10036
   212-969-3000

3. I am admitted to the State Bar of New York. I am currently in good standing with the State Bar of New York, and have been in good standing since my admission in March of 1978.

4. I am also admitted to practice in the following courts:

| Court | Date of Admission |
|---|---|
| Supreme Court of the United States | 4/25/1988 |
| U.S. Court of Appeals for the Second Circuit | 9/9/1980 |
| U.S. Court of Appeals for the Third Circuit | 11/21/2005 |
| U.S. Court of Appeals for the Eighth Circuit | 5/30/2008 |
| U.S. Court of Appeals for the Ninth Circuit | 10/30/2006 |
| U.S. District Court for the Southern District of New York | 1/30/1979 |

| U.S. District Court for the Eastern District of New York | 6/20/1979 |

5. I have never been disciplined by any bar.

6. I have not been admitted *pro hac vice* to this Court in the past two years.

7. I do not engage in the practice of law from an office located in the District of Columbia, I am not a member of the District of Columbia Bar, and I do not have an application for membership pending to the District of Columbia Bar.

I declare under penalty of perjury that the foregoing is true and correct.

Signed on this 12th day of January, 2021 at New York, New York.

*/s/ Gregg M. Mashberg*
Gregg M. Mashberg

2