IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| FRIMET ROTH and ARNOLD ROTH,<br><br>Plaintiffs,<br><br>-against-<br><br>UNITED STATES DEPARTMENT OF STATE,<br><br>Defendant. | Case No. 1:20-cv-03838 |

**DECLARATION OF ZIPORAH REICH IN
SUPPORT OF MOTION FOR ADMISSION *PRO HAC VICE***

I, Ziporah Reich, declare:

1. My full name is Ziporah Reich.

2. My office address and telephone number are:

   The Lawfare Project
   633 Third Ave, 21st Floor
   New York, New York 10017

3. I am admitted to the State Bar of New York. I am currently in good standing with the State Bar of New York, and have been in good standing since my admission in July 25, 2001.

4. I am also admitted to practice in the following courts:

   | Court | Date of Admission |
   |---|---|
   | U.S. Court of Appeals for the Sixth Circuit | 9/17/2020 |
   | U.S. District Court for the Southern District of New York | 2/13/2007 |
   | U.S. District Court for the Eastern District of New York | 3/9/2007 |

5. I have never been disciplined by any bar.

6. I have not been admitted *pro hac vice* to this Court in the past two years.

7. I do not engage in the practice of law from an office located in the District of Columbia, I am not a member of the District of Columbia Bar, and I do not have an application for membership pending to the District of Columbia Bar.

I declare under penalty of perjury that the foregoing is true and correct.

Signed on this 12th day of January, 2021 at New York, New York.

*/s/ Ziporah Reich*
Ziporah Reich
