IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| FRIMET ROTH and ARNOLD ROTH,<br><br>Plaintiffs,<br><br>-against-<br><br>UNITED STATES DEPARTMENT OF STATE,<br><br>Defendant. | Case No. 1:20-cv-03838 |

**MOTION FOR ADMISSION OF ATTORNEY *PRO HAC VICE*** 

Pursuant to Rule 83.2(d) of the Local Civil Rules of this Court, the undersigned, Guy Brenner, a member of the bar of this Court, respectfully moves for *pro hac vice* admission of attorney Peter Fishkind as a visiting attorney to represent, in association with the undersigned, the Plaintiffs Frimet Roth and Arnold Roth in the above-captioned matter. Attorney Fishkind is a member in good standing of the bar of the State of New York. Attorney Fishkind has never been denied admission to or disciplined by this Court or any other court and there are no proceedings pending against him in any jurisdiction. Attorney Fishkind has reviewed and made himself familiar with the appropriate Local Rules of this Court. The Declaration of Attorney Fishkind attesting to the foregoing is submitted herewith.

Dated: January 12, 2021

                        PROSKAUER ROSE LLP

                        <u>/s/  *Guy Brenner*</u>
                        Guy Brenner
                        D.C. Bar #491964
                        1001 Pennsylvania Avenue, NW
                        Suite 600 South
                        Washington, DC 20004-2533
                        d 202.416.6830
                        f 202.416.6899
                        gbrenner@proskauer.com

                        *Attorney for Frimet Roth and Arnold Roth*