IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| FRIMET ROTH and ARNOLD ROTH, <br><br> Plaintiffs, <br><br> -against- <br><br> UNITED STATES DEPARTMENT OF STATE, <br><br> Defendant. | Case No. 1:20-cv-03838 |

**DECLARATION OF PETER FISHKIND IN
SUPPORT OF MOTION FOR ADMISSION *PRO HAC VICE***

I, Peter Fishkind, declare:

1. My full name is Peter Fishkind.

2. My office address and telephone number are:

   Proskauer Rose LLP
   11 Times Square
   New York, New York 10036
   212-969-3000

3. I am admitted to the State Bar of New York. I am currently in good standing with the State Bar of New York, and have been in good standing since my admission in March of 2018.

4. I have never been disciplined by any bar.

5. I have not been admitted *pro hac vice* to this Court in the past two years.

6. I do not engage in the practice of law from an office located in the District of Columbia, I am not a member of the District of Columbia Bar, and I do not have an application for membership pending to the District of Columbia Bar.

I declare under penalty of perjury that the foregoing is true and correct.

Signed on this 12th day of January, 2021 at New York, New York.

                                                  */s/ Peter Fishkind*
                                                  Peter Fishkind