IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

FRIMET ROTH and ARNOLD ROTH,

                 Plaintiffs,

-against-

UNITED STATES DEPARTMENT OF STATE,

                 Defendant.

Case No. 1:20-cv-03838

## ORDER FOR ADMISSION TO PRACTICE *PRO HAC VICE*

The motion for admission to practice *pro hac vice* in the above-captioned matter is GRANTED. The admitted attorney Peter Fishkind is permitted to argue or try this particular case in whole or in part as counsel or advocate for Frimet Roth and Arnold Roth.

This Order confirms your appearance as counsel in this case, and it will be entered on the Court's docket. A notation of your admission *pro hac vice* for the above-listed case will be made on the roll of attorneys.

The attorney admitted *pro hac vice* must serve a copy of this Order on all other counsel in this case.

ENTER:

_____
The Honorable Amy Berman Jackson
United States District Judge for the District
of Columbia