UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| FRIMET ROTH and ARNOLD ROTH, ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | Civil Action No. 20cv3838 (ABJ) |
| ) | |
| UNITED STATES DEPARTMENT ) | |
| OF STATE ) | |
| ) | |
| Defendant. ) | |
| ) | |

**NOTICE OF APPEARANCE**

The Clerk of the Court will please enter the appearance of Darrell C. Valdez, Assistant United States Attorney, as counsel of record for Defendant in the above-captioned case.

Dated: February 5, 2021        Respectfully submitted,

MICHAEL R. SHERWIN
Acting United States Attorney

BRIAN HUDAK
Acting Chief, Civil Division

BY:  /s/ *Darrell C. Valdez*
DARRELL C. VALDEZ, D.C. Bar #420232
Assistant United States Attorney
United States Attorney's Office
Civil Division
555 4th Street, N.W.
Washington, D.C. 20530
(202) 252-2507