UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| FRIMET ROTH, *et al.*, | ) |
| Plaintiffs, | ) |
| v. | ) Civil Action No. 20-3838 (ABJ) |
| UNITED STATES DEPARTMENT OF STATE, | ) |
| Defendant. | ) |

**ORDER**

Before the Court in this FOIA case are a complaint and an answer. The requirements of Local Civil Rule 16.3 and Rule 26(f) of the Federal Rules of Civil Procedure appear to be inapplicable. Defendant shall file a dispositive motion or, in the alternative, a report setting forth the schedule for the completion of its production of documents to plaintiffs, on or before March 5, 2021.

AMY BERMAN JACKSON
United States District Judge

DATE: February 5, 2021