**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| FRIMET ROTH and ARNOLD ROTH, | |
| Plaintiffs, | |
| -against- | Case No. 1:20-cv-03838 |
| UNITED STATES DEPARTMENT OF STATE, | |
| Defendant. | |

**NOTICE OF APPEARANCE**

Pursuant to LCvR 83.6(a), I, Guy Brenner, am admitted to practice law in this Court and hereby enter my appearance on behalf of Plaintiffs Frimet Roth and Arnold Roth.

Dated: February 24, 2021

Respectfully Submitted,

PROSKAUER ROSE LLP

/s/ *Guy Brenner*

Guy Brenner
D.C. Bar #491964
1001 Pennsylvania Avenue, NW
Suite 600 South
Washington, DC 20004-2533
d 202.416.6830
f 202.416.6899
gbrenner@proskauer.com

*Attorney for Frimet Roth and Arnold Roth*