# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| FRIMET ROTH and ARNOLD ROTH, <br><br> Plaintiffs, <br><br> -against- <br><br> UNITED STATES DEPARTMENT OF STATE, <br><br> Defendant. | Case No. 1:20-cv-03838 |

## NOTICE OF APPEARANCE

Pursuant to LCvR 83.6(a), I, Gregg M. Mashberg, am admitted to practice law in this Court pro hac vice and hereby enter my appearance on behalf of Plaintiffs Frimet Roth and Arnold Roth.

Dated: February 24, 2021

Respectfully Submitted,

PROSKAUER ROSE LLP

/s/ *Gregg M. Mashberg*

Gregg M. Mashberg
11 Times Square
New York, NY 10036
d 212.969.3450
f 212.969.2900
gmashberg@proskauer.com

*Attorney for Frimet Roth and Arnold Roth*