# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

FRIMET ROTH and ARNOLD ROTH,

          Plaintiffs,

-against-

UNITED STATES DEPARTMENT OF STATE,

          Defendant.

Case No. 1:20-cv-03838

## NOTICE OF APPEARANCE

Pursuant to LCvR 83.6(a), I, Ziporah Reich, am admitted to practice law in this Court pro hac vice and hereby enter my appearance on behalf of Plaintiffs Frimet Roth and Arnold Roth.

Dated: February 24, 2021

Respectfully Submitted,

THE LAWFARE PROJECT

/s/ *Ziporah Reich*

    Ziporah Reich
    633 Third Ave, 21st Floor
    New York, New York 10017
    d 212.339.6995
    ziporah@TheLawfareProj.org

*Attorney for Frimet Roth and Arnold Roth*