UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| PAULINE DALE STONEHILL,<br>Co-Executor and Co-Special Administrator<br>Estate of Henry S. Stonehill<br><br>*Plaintiff*,<br><br>v.<br><br>FEDERAL BUREAU OF<br>INVESTIGATION,<br><br>*Defendant*. | Civil Action No. 20cv1445 (APM) |

## JOINT STATUS REPORT

The parties, by and through counsel, submit this Joint Status Report pursuant to the Court's Order dated January 30, 2021.

On March 1, 2021, Defendant provide Plaintiff with a first interim response to Plaintiff's FOIA request. Defendant continues to experience staffing issues related to the COVID pandemic. Nevertheless, Defendant will continue to process and produce responsive, non-exempt records on a rolling, monthly basis over the next four to five months.

Pursuant to the Order of the Court, the parties will file a Status Report to this Court on or before May 4, 2021.

Dated:  March 3, 2021

Respectfully submitted,

CHANNING PHILLIPS
Acting United States Attorney

BRIAN HUDAK
Acting Chief, Civil Division

BY: /s/ *Darrell C. Valdez*
DARRELL C. VALDEZ, D.C. Bar #420232
Assistant United States Attorney
United States Attorney's Office
Civil Division
555 4th Street, N.W.
Washington, D.C. 20530
(202) 252-2507
darrell.valdez@usdoj.gov

*Counsel for Defendant*

 /s/ *Robert E. Heggestad*
ROBERT E. HEGGESTAD, D.C. Bar # 953380
1747 Pennsylvania Ave., NW
Suite 1250
Washington, DC 20006
(202) 733-6726
robert@reheggestad.com

*Counsel for Plaintiff*