UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| FRIMET ROTH and ARNOLD ROTH, </br></br> Plaintiffs, </br></br> v. </br></br> UNITED STATES DEPARTMENT OF STATE </br></br> Defendant. | ) ) ) ) ) ) ) ) ) ) ) ) Civil Action No. 20cv3838 (ABJ) |

## NOTICE OF ERROR

The Defendant United States Department of State hereby notifies the Court that the previously-filed Status Report (ECF No. 15) was filed in error, and requests that the Clerk of the Court please remove document No. 15. A corrected copy will be filed.

Dated: March 4, 2021         Respectfully submitted,

CHANNING PHILLIPS
Acting United States Attorney

BRIAN HUDAK
Acting Chief, Civil Division

BY: /s/ *Darrell C. Valdez*
DARRELL C. VALDEZ, D.C. Bar #420232
Assistant United States Attorney
United States Attorney's Office
Civil Division
555 4th Street, N.W.
Washington, D.C. 20530
(202) 252-2507