UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| FRIMET ROTH and ARNOLD ROTH, ) <br> ) <br> Plaintiffs, ) <br> ) <br> v. ) <br> ) <br> UNITED STATES DEPARTMENT ) <br> OF STATE ) <br> ) <br> Defendant. ) <br> _____) | Civil Action No. 20cv3838 (ABJ) |

**DEFENDANT'S STATUS REPORT**

Pursuant to the Court's February 5, 2021, Minute Order, the Defendant U.S. Department of State ("Defendant" or "State") hereby submits the following Status Report.

1. At issue in this Freedom of Information Act ("FOIA") lawsuit is a FOIA request ("FOIA Request") served by Plaintiffs Frimet and Arnold Roth ("Plaintiffs") upon State seeking records relating to the bilateral extradition treaty between the U.S. and Jordan ("Jordan Treaty"), pursuant to which the U.S. has requested the extradition of an FBI Most Wanted Terrorist, Ahlam Al-Tamimi, for the murder of two American nationals. The U.S. continues to seek extradition of Tamimi pursuant to the Jordan Treaty.

2. Plaintiffs initiated this action on December 29, 2020, and Defendant filed an Answer on February 5, 2021.

3. On February 5, 2021, the Court ordered Defendant to submit a dispositive motion or, in the alternative, a report setting forth the schedule for the completion of its production of documents to Plaintiffs.

4. The parties have conferred to discuss Plaintiffs' FOIA Request and the course of this matter.

5.      State has informed Plaintiffs that because of the stay-at-home orders in response to the COVID-19 pandemic, State's FOIA Office has been operating with significantly reduced staffing, thereby negatively affecting Defendant's ability to respond to Plaintiffs' FOIA Request and to conduct searches of Defendant's records systems.

6.      Plaintiffs have requested, and Defendant has agreed, to prioritize the search for "Instruments of Ratification," and to provide non-exempt portions of those documents by April 2, 2021.  Defendant has requested, and Plaintiffs have agreed, to narrow the remainder of the searches to exclude internal agency documents and drafts of documents that do not reflect State's final position and are instead subject to deliberative process privilege.

7.      The parties have agreed to continue with their attempts to address or narrow further specific issues or concerns that each party may have.

8.      Defendant proposes, with Plaintiffs' agreement, that Defendant file a further status report with this Court on or before May 5, 2021, informing the Court of the results of the parties' efforts and any subsequent searches conducted by that point.  In the interim, Defendant has agreed to use its best efforts under the circumstances of the COVID-19 pandemic to produce other non-exempt documents requested by Plaintiffs' FOIA Request.

9.      Defendant does not anticipate the need for an Open America Stay.

10.     The parties further request that they be allowed to wait until the processing of records is complete, and the parties have made attempts to address any issues that may arise before informing the Court if a Vaughn Index and schedule for dispositive motions will be necessary.

11. Subject to the terms set forth above, Plaintiffs and Defendant reserve their respective rights in all respects with respect to the documents produced and withheld from production in response to Plaintiff's FOIA Requests including.

Dated: March 4, 2021                          Respectfully submitted,

                                              CHANNING PHILLIPS
                                              Acting United States Attorney

                                              BRIAN HUDAK
                                              Acting Chief, Civil Division


                                       BY:  /s/ *Darrell C. Valdez*
                                              DARRELL C. VALDEZ, D.C. Bar #420232
                                              Assistant United States Attorney
                                              United States Attorney's Office
                                              Civil Division
                                              555 4th Street, N.W.
                                              Washington, D.C. 20530
                                              (202) 252-2507
                                              darrell.valdez@usdoj.gov

                                              *Attorneys for Defendant*