UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| FRIMET ROTH and ARNOLD ROTH, <br><br> Plaintiffs, <br><br> v. <br><br> UNITED STATES DEPARTMENT OF STATE <br><br> Defendant. | Civil Action No. 20cv3838 (ABJ) |

**DEFENDANT'S STATUS REPORT**

Pursuant to the Court's March 4, 2021, Minute Order, the Defendant U.S. Department of State ("Defendant" or "State") hereby submits the following Status Report.

1. At issue in this Freedom of Information Act ("FOIA") lawsuit is a FOIA request ("FOIA Request") served by Plaintiffs Frimet and Arnold Roth ("Plaintiffs") upon State seeking records relating to the bilateral extradition treaty between the U.S. and Jordan ("Jordan Treaty"), pursuant to which the U.S. has requested the extradition of an FBI Most Wanted Terrorist, Ahlam Al-Tamimi, for the murder of two American nationals. Plaintiffs initiated this action on December 29, 2020, and Defendant filed an Answer on February 5, 2021.

2. In the last status report, Defendant informed the Court that Plaintiffs requested, and Defendant agreed, to prioritize the search for "Instruments of Ratification," and to provide non-exempt portions of those documents by April 2, 2021.

3. Defendant further informed the Court that Defendant requested, and Plaintiffs agreed, to narrow the remainder of the searches to exclude internal agency documents and drafts of documents that do not reflect State's final position and are instead subject to deliberative process privilege.

4. Pursuant to the above agreement, the Defendant has produced the Instruments of Ratification to Plaintiff with two minor redactions pursuant to Exemption 6 of the FOIA. *See* 5 U.S.C. § 552(b)(6).

5. Defendant is continuing in its search and processing of responsive records and anticipates making another production to Defendant on or before May 14, 2021, and on a monthly basis thereafter.

6. As reported in the prior status report, because of the stay-at-home orders in response to the COVID-19 pandemic, State's FOIA Office has been operating with significantly reduced staffing, which has slowed Defendant's ability to respond to Plaintiffs' FOIA Request and to conduct searches of Defendant's records systems. Defendant is continuing to use its best efforts under the circumstances of the COVID-19 pandemic to produce other non-exempt documents requested by Plaintiffs' FOIA Request.

7. Defendant proposes, with Plaintiffs' agreement, that Defendant file a further status report with this Court on or before July 6, 2021, informing the Court of the results of the parties' efforts and any productions issued.

Dated: May 5, 2021

Respectfully submitted,

CHANNING PHILLIPS
Acting United States Attorney

BRIAN HUDAK
Acting Chief, Civil Division


BY: /s/ *Darrell C. Valdez*
DARRELL C. VALDEZ, D.C. Bar #420232
Assistant United States Attorney
United States Attorney's Office
Civil Division
555 4th Street, N.W.
Washington, D.C. 20530
(202) 252-2507
darrell.valdez@usdoj.gov

*Attorneys for Defendant*