UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| FRIMET ROTH, et al., )<br>)<br>Plaintiffs, )<br>)<br>v. )<br>)<br>U.S. DEPARTMENT OF STATE, )<br>)<br>Defendant. )<br>) | Civil Action No. 20-3838 (ABJ) |

**NOTICE OF SUBSTITUTION**

The Clerk of the Court will please enter the appearance of Assistant United States Attorney Stephen DeGenaro and remove the appearance of Assistant United States Attorney Darrell C. Valdez as counsel of record for Defendant in the above-captioned case.

Dated:  June 2, 2021

Respectfully submitted,

*/s/ Stephen DeGenaro*
STEPHEN DEGENARO
Assistant United States Attorney
555 Fourth Street, NW
Washington, DC 20530
Telephone: (202) 252-7229
Facsimile: (202) 252-2599
stephen.degenaro@usdoj.gov