UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| FRIMET ROTH, et al.,<br><br>    Plaintiffs,<br><br>    v.<br><br>U.S. DEPARTMENT OF STATE,<br><br>    Defendant. | Civil Action No. 20-3838 (ABJ) |

**JOINT STATUS REPORT**

Pursuant to the Court's July 8, 2021, Minute Order, the Defendant U.S. Department of State ("State" or the "Department") hereby submits the following Status Report.

1. At issue in this Freedom of Information Act ("FOIA") lawsuit is a FOIA request served by Plaintiffs Frimet and Arnold Roth ("Plaintiffs") upon State seeking records relating to the bilateral extradition treaty between the U.S. and Jordan, pursuant to which the U.S. has requested the extradition of an FBI Most Wanted Terrorist, Ahlam Al-Tamimi, for the murder of two American nationals. Plaintiffs initiated this action on December 29, 2020, and State filed an Answer on February 5, 2021.

2. As reported in the last Status Report (ECF No. 20), State continues to search and process responsive records and anticipates making another production to Plaintiffs on or before September 14, 2021, and on a monthly basis thereafter.

3. Since the last Status Report, State has made two productions. On July 14, 2021, the Department reported having processed nine responsive records subject to the FOIA, releasing one record in full and seven records in part, and withholding one record in its entirety. On August

- 2 -

13, 2021, the Department reported having processed one responsive record subject to the FOIA and released the one record in part.

4. The Department continues to monitor COVID-19 cases, the spread of the Delta variant of COVID-19, and CDC guidelines, and remains at "Phase One" of its reopening plans for the National Capitol Region. This phase requires that offices continue to maximize telework, which in turn constrains the Department's ability to process FOIA requests, including obtaining clearances from internal Department and external Executive Branch components. While the Department has shifted to systems and staffing models under which portions of FOIA processing can be completed remotely, other portions of FOIA processing work must be completed by employees in the workplace, particularly processing that must take place on the Department's classified computer network. These circumstances continue to impede the Department's ability to respond to Plaintiffs' FOIA request and to conduct searches of the Department's records systems. State is continuing to use its best efforts under the circumstances to produce non-exempt records responsive to Plaintiffs' FOIA request.

5. Defendant proposes, with Plaintiffs' agreement, that Defendant file a further status report with this Court on or before November 2, 2021.

\* \* \*

- 3 -

Dated:  September 3, 2021                    Respectfully submitted,

CHANNING D. PHILLIPS
D.C. Bar #415793
Acting United States Attorney

BRIAN P. HUDAK
Acting Chief, Civil Division

By: */s/ Stephen DeGenaro*
STEPHEN DEGENARO, D.C. Bar #1047116
Assistant United States Attorney
United States Attorney's Office
555 Fourth Street, N.W.
Washington, D.C. 20530
Telephone: (202) 252-7229
Facsimile: (202) 252-2599
stephen.degenaro@usdoj.gov

*Counsel for Defendant*