UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| FRIMET ROTH, et al., )<br>)<br>Plaintiffs, )<br>)<br>v. )<br>)<br>U.S. DEPARTMENT OF STATE, )<br>)<br>Defendant. )<br>) | Civil Action No. 20-3838 (ABJ) |

**DEFENDANT'S STATUS REPORT**

Pursuant to the Court's September 8, 2021, Minute Order, the Defendant U.S. Department of State ("State" or the "Department") hereby submits the following Status Report.

1. At issue in this Freedom of Information Act ("FOIA") lawsuit is a FOIA request served by Plaintiffs Frimet and Arnold Roth ("Plaintiffs") upon State seeking records relating to the bilateral extradition treaty between the U.S. and Jordan, pursuant to which the U.S. has requested the extradition of an FBI Most Wanted Terrorist, Ahlam Al-Tamimi, for the murder of two American nationals. Plaintiffs initiated this action on December 29, 2020, and State filed an Answer on February 5, 2021.

2. Since the last Status Report, State processed a substantial number of potentially responsive records in anticipation of release dates of September 14, 2021, and October 14, 2021, but did not identify any additional responsive records.

3. In light of the difficulties State is having in locating records responsive to Plaintiffs' FOIA request, Plaintiffs and State have engaged, through counsel, in potential narrowing discussions. The parties, through counsel, have conferred regarding a proposal to prioritize the processing of records responsive to specific subsections of Plaintiffs' FOIA request. Under the

agreement reached by the parties, State will prioritize the processing of records responsive to subsections 5, 6, 8, and 9 of Plaintiffs' FOIA request (*see* ECF No. 1-1 at 3-4). Upon completion of the processing of these subsections of Plaintiffs' FOIA request, the parties will confer in good faith through counsel about the timing and scope of the remainder of Plaintiffs' FOIA request.

4. Defendant proposes, with Plaintiffs' agreement, that Defendant file a further status report with this Court on or before January 10, 2021.

Dated: November 2, 2021

Respectfully submitted,

CHANNING D. PHILLIPS
D.C. Bar #415793
Acting United States Attorney

BRIAN P. HUDAK
Acting Chief, Civil Division

By: */s/ Stephen DeGenaro*
STEPHEN DEGENARO, D.C. Bar #1047116
Assistant United States Attorney
United States Attorney's Office
555 Fourth Street, N.W.
Washington, D.C. 20530
Telephone: (202) 252-7229
stephen.degenaro@usdoj.gov

*Counsel for Defendant*