UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| FRIMET ROTH, et al., ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | Civil Action No. 20-3838 (ABJ) |
| ) | |
| U.S. DEPARTMENT OF STATE, ) | |
| ) | |
| Defendant. ) | |

**DEFENDANT'S STATUS REPORT**

Pursuant to the Court's January 12, 2022, Minute Order, the Defendant U.S. Department of State ("State" or the "Department") hereby submits the following Status Report.

1.  At issue in this Freedom of Information Act ("FOIA") lawsuit is a FOIA request served by Plaintiffs Frimet and Arnold Roth ("Plaintiffs") upon State seeking records relating to the bilateral extradition treaty between the U.S. and Jordan, pursuant to which the U.S. has requested the extradition of an FBI Most Wanted Terrorist, Ahlam Al-Tamimi, for the murder of two American nationals (the "Request"). Plaintiffs initiated this action on December 29, 2020, and State filed an Answer on February 5, 2021.

2.  Since State's previous Status Report, State has made productions to Plaintiffs on January 14, 2022 and February 14, 2022.

3.  As described in State's previous Status Report, the parties have engaged in potential narrowing discussions in order to facilitate processing of the Request. The parties agreed that State will prioritize the processing of records responsive to subsections 5, 6, 8, and 9 of the Request (*see* ECF No. 1-1 at 3-4), and upon completion of that processing, the parties will confer in good faith through counsel about the timing and scope of the remainder of the Request.

4. State is nearing completion of the processing of records responsive to subsections 5, 6, 8, and 9 of the Request. On March 8, 2022, it provided Plaintiffs with a proposal for addressing the remainder of the Request. State looks forward to conferring with Plaintiffs about that proposal in the near-term.

5. Defendant proposes, with Plaintiffs' agreement, that Defendant file a further status report with this Court on or before May 11, 2022.

* * *

Dated: March 11, 2022                                Respectfully submitted,

MATTHEW M. GRAVES
D.C. Bar #481052
United States Attorney

BRIAN P. HUDAK
Acting Chief, Civil Division

By: /s/ Stephen DeGenaro
STEPHEN DEGENARO, D.C. Bar #1047116
Assistant United States Attorney
United States Attorney's Office
555 Fourth Street, N.W.
Washington, D.C. 20530
Telephone: (202) 252-7229
stephen.degenaro@usdoj.gov

*Counsel for Defendant*