UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| FRIMET ROTH, et al., ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | Civil Action No. 20-3838 (ABJ) |
| ) | |
| U.S. DEPARTMENT OF STATE, ) | |
| ) | |
| Defendant. ) | |

**DEFENDANT'S STATUS REPORT**

Pursuant to the Court's March 15, 2022, Minute Order, the Defendant U.S. Department of State ("State" or the "Department") hereby submits the following Status Report.

1. At issue in this Freedom of Information Act ("FOIA") lawsuit is a FOIA request served by Plaintiffs Frimet and Arnold Roth ("Plaintiffs") upon State seeking records relating to the bilateral extradition treaty between the U.S. and Jordan, pursuant to which the U.S. has requested the extradition of an FBI Most Wanted Terrorist, Ahlam Al-Tamimi, for the murder of two American nationals (the "Request"). Plaintiffs initiated this action on December 29, 2020, and State filed an Answer on February 5, 2021.

2. Since State's previous Status Report, State has made productions to Plaintiffs on March 14, 2022, and April 14, 2022.

3. As described in State's previous Status Report, the parties have engaged in potential narrowing discussions in order to facilitate processing of the Request. The parties agreed that State will prioritize the processing of records responsive to subsections 5, 6, 8, and 9 of the Request (*see* ECF No. 1-1 at 3-4), and upon completion of that processing, the parties will confer in good faith through counsel about the timing and scope of the remainder of the Request.

- 2 -

4. State is nearing completion of the processing of records responsive to subsections 5, 6, 8, and 9 of the Request.

5. On March 8, 2022, State provided Plaintiffs with a proposal for addressing the remainder of the Request. On April 3, 2022, Plaintiffs informed State that they agreed to modified proposed search parameters proposed by State during a March 14, 2022, meet and confer discussion regarding the remainder of Plaintiffs' request. On April 21, 2022, State informed Plaintiff that the modified proposed search string produced zero results, but offered to further confer about State's originally proposed and broader search parameters to address the remainder of Plaintiffs' FOIA request. State looks forward to conferring with Plaintiffs about that proposal in the near-term.

6. Defendant proposes, with Plaintiffs' agreement, that Defendant file a further status report with this Court on or before July 11, 2022.

\* \* \*

- 3 -

Dated:  May 11, 2022　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　MATTHEW M. GRAVES
　　　　　　　　　　　　　　　　　　D.C. Bar #481052
　　　　　　　　　　　　　　　　　　United States Attorney

　　　　　　　　　　　　　　　　　　BRIAN P. HUDAK
　　　　　　　　　　　　　　　　　　Chief, Civil Division

　　　　　　　　　　　　　　　　　　By: */s/ Stephen DeGenaro*
　　　　　　　　　　　　　　　　　　STEPHEN DEGENARO, D.C. Bar #1047116
　　　　　　　　　　　　　　　　　　Assistant United States Attorney
　　　　　　　　　　　　　　　　　　United States Attorney's Office
　　　　　　　　　　　　　　　　　　601 D Street, N.W.
　　　　　　　　　　　　　　　　　　Washington, D.C. 20530
　　　　　　　　　　　　　　　　　　Telephone: (202) 252-7229
　　　　　　　　　　　　　　　　　　stephen.degenaro@usdoj.gov

　　　　　　　　　　　　　　　　　　*Counsel for Defendant*