UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| FRIMET ROTH, et al., ) <br> ) <br> Plaintiffs, ) <br> ) <br> v. ) <br> ) <br> U.S. DEPARTMENT OF STATE, ) <br> ) <br> Defendant. ) <br> ) | Civil Action No. 20-3838 (ABJ) |

**DEFENDANT'S STATUS REPORT**

Pursuant to the Court's May 11, 2022, Minute Order, the Defendant U.S. Department of State ("State" or the "Department") hereby submits the following Status Report.

1. At issue in this Freedom of Information Act ("FOIA") lawsuit is a FOIA request served by Plaintiffs Frimet and Arnold Roth ("Plaintiffs") upon State seeking records relating to the bilateral extradition treaty between the U.S. and Jordan, pursuant to which the U.S. has requested the extradition of an FBI Most Wanted Terrorist, Ahlam Al-Tamimi, for the murder of two American nationals (the "Request"). Plaintiffs initiated this action on December 29, 2020, and State filed an Answer on February 5, 2021.

2. Since State's previous Status Report, State has made productions to Plaintiffs on May 16, 2022, and June 14, 2022.

3. As described in State's previous Status Report, the parties have engaged in potential narrowing discussions in order to facilitate processing of the Request. The parties agreed that State will prioritize the processing of records responsive to subsections 5, 6, 8, and 9 of the Request (*see* ECF No. 1-1 at 3-4), and upon completion of that processing, the parties will confer in good faith through counsel about the timing and scope of the remainder of the Request.

- 2 -

4.	State is nearing completion of the processing of records responsive to subsections 5, 6, 8, and 9 of the Request.  After this month's production, State will have only one document remaining that is out for consultation with another agency.

5.	Since the last Joint Status Report, the parties have continued to confer over the parameters to be used for searching for records responsive to the remainder of the Request.  On June 20, 2022, counsel had a conversation about focusing the records remaining to be processed to only those that contain mentions of Tamimi.  On July 8, 2022, State provided Plaintiff through counsel some preliminary results about how many records would need to be processed adopting this proposed approach, and will provide Plaintiff with a firmer count within the next week.  The parties are continuing to confer about the parameters of the remaining search.

6.	Defendant proposes, with Plaintiffs' agreement, that Defendant file a further status report with this Court on or before September 9, 2022.

*   *   *

- 3 -

Dated:  July 11, 2022	Respectfully submitted,

MATTHEW M. GRAVES
D.C. Bar #481052
United States Attorney

BRIAN P. HUDAK
Chief, Civil Division

By: */s/ Stephen DeGenaro*
STEPHEN DEGENARO, D.C. Bar #1047116
Assistant United States Attorney
United States Attorney's Office
601 D Street, N.W.
Washington, D.C. 20530
Telephone: (202) 252-7229
stephen.degenaro@usdoj.gov

*Counsel for Defendant*