UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| FRIMET ROTH, et al., )<br>)<br>Plaintiffs, )<br>)<br>v. )<br>)<br>U.S. DEPARTMENT OF STATE, )<br>)<br>Defendant. )<br>) | Civil Action No. 20-3838 (ABJ) |

### DEFENDANT'S STATUS REPORT

Pursuant to the Court's July 11, 2022, Minute Order, the Defendant U.S. Department of State ("State" or the "Department") hereby submits the following Status Report.

1. At issue in this Freedom of Information Act ("FOIA") lawsuit is a FOIA request served by Plaintiffs Frimet and Arnold Roth ("Plaintiffs") upon State seeking records relating to the bilateral extradition treaty between the U.S. and Jordan, pursuant to which the U.S. has requested the extradition of an FBI Most Wanted Terrorist, Ahlam Al-Tamimi, for the murder of two American nationals (the "Request"). Plaintiffs initiated this action on December 29, 2020, and State filed an Answer on February 5, 2021.

2. Since State's previous Status Report, State has made a production to Plaintiffs on August 15, 2022.

3. As described in State's previous Status Report, the parties have engaged in potential narrowing discussions in order to facilitate processing of the Request. The parties agreed that State would prioritize the processing of records responsive to subsections 5, 6, 8, and 9 of the Request (*see* ECF No. 1-1 at 3-4), and upon completion of that processing, the parties would confer in good faith through counsel about the timing and scope of the remainder of the Request.

- 2 -

4. State has now completed the processing of its searches aimed at locating records responsive to subsections 5, 6, 8, and 9 of the Request.

5. Since the last Joint Status Report, the parties have continued to confer over the parameters to be used for searching for records responsive to the remainder of the Request. Most recently, on August 16, 2022, State proposed to Plaintiff, through counsel, revised search parameters and the preliminary record hit counts resulting from those parameters. Plaintiff agreed to those search parameters later the same day. State has now begun processing those agreed-upon searches and anticipates being able to make a next production by October 14, 2022.

6. Defendant proposes, with Plaintiffs' agreement, that Defendant file a further status report with this Court on or before November 9, 2022.

Dated: September 9, 2022

Respectfully submitted,

MATTHEW M. GRAVES
D.C. Bar #481052
United States Attorney

BRIAN P. HUDAK
Chief, Civil Division

By: /s/ Stephen DeGenaro
STEPHEN DEGENARO, D.C. Bar #1047116
Assistant United States Attorney
United States Attorney's Office
601 D Street, N.W.
Washington, D.C. 20530
Telephone: (202) 252-7229
stephen.degenaro@usdoj.gov

*Counsel for Defendant*