UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| FRIMET ROTH, et al., ) </br> ) </br> Plaintiffs, ) </br> ) </br> v. ) </br> ) </br> U.S. DEPARTMENT OF STATE, ) </br> ) </br> Defendant. ) </br> ) | Civil Action No. 20-3838 (ABJ) |

**DEFENDANT'S STATUS REPORT**

Pursuant to the Court's September 12, 2022, Minute Order, the Defendant U.S. Department of State ("State" or the "Department") hereby submits the following Status Report.

1. At issue in this Freedom of Information Act ("FOIA") lawsuit is a FOIA request served by Plaintiffs Frimet and Arnold Roth ("Plaintiffs") upon State seeking records relating to the bilateral extradition treaty between the U.S. and Jordan, pursuant to which the U.S. has requested the extradition of an FBI Most Wanted Terrorist, Ahlam Al-Tamimi, for the murder of two American nationals (the "Request").  Plaintiffs initiated this action on December 29, 2020, and State filed an Answer on February 5, 2021.

2. As described in State's previous Status Reports, the parties have engaged in potential narrowing discussions in order to facilitate processing of the Request.  The parties agreed that State would prioritize the processing of records responsive to subsections 5, 6, 8, and 9 of the Request (*see* ECF No. 1-1 at 3-4), and upon completion of that processing, the parties would confer in good faith through counsel about the timing and scope of the remainder of the Request.

3. State has completed the processing of its searches aimed at locating records responsive to subsections 5, 6, 8, and 9 of the Request.

4. Additionally, the parties have continued to confer over the parameters to be used for searching for records responsive to the remainder of the Request. On August 16, 2022, State proposed to Plaintiff, through counsel, revised search parameters and the preliminary record hit counts resulting from those parameters. Plaintiff agreed to those search parameters later the same day. State is processing those agreed-upon searches and anticipates making its next production by November 14, 2022.

5. Defendant proposes, with Plaintiffs' agreement, that Defendant file a further status report with this Court on or before January 9, 2023.

Dated: November 10, 2022
      Washington, DC

Respectfully submitted,

MATTHEW M. GRAVES
D.C. Bar No. #481052
United States Attorney

BRIAN P. HUDAK
Chief, Civil Division

By:   /s/ Kartik N. Venguswamy
KARTIK N. VENGUSWAMY
D.C. Bar No. #983326
Assistant United States Attorney
601 D Street, NW
Washington, D.C. 20530
kartik.venguswamy@usdoj.gov
Tel: (202) 252-1790

*Counsel for Defendant*