UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| FRIMET ROTH, et al., ) | |
| Plaintiffs, ) | |
| v. ) | Civil Action No. 20-3838 (ABJ) |
| U.S. DEPARTMENT OF STATE, ) | |
| Defendant. ) | |

**JOINT STATUS REPORT**

Pursuant to the Court's July 11, 2023, Minute Order, the parties, Plaintiffs Frimet Roth and Arnold Roth ("Plaintiffs"), and Defendant U.S. Department of State ("State" or the "Department") hereby submit the following Status Report.

1. At issue in this Freedom of Information Act ("FOIA") lawsuit is a FOIA request served by Plaintiffs Frimet and Arnold Roth ("Plaintiffs") upon State seeking records relating to the bilateral extradition treaty between the U.S. and Jordan, pursuant to which the U.S. has requested the extradition of an FBI Most Wanted Terrorist, Ahlam Al-Tamimi, for the murder of two American nationals (the "Request"). Plaintiffs initiated this action on December 29, 2020, and State filed an Answer on February 5, 2021.

2. As described in State's previous Status Reports, State has completed the processing of its searches aimed at locating records responsive to subsections 5, 6, 8, and 9 of the Request, and the parties had continued to confer regarding the scope of the outstanding searches to be conducted.

3. In light of the Court's May 11, 2023, Minute Order, the parties report that Plaintiffs—after reviewing information provided by State through counsel regarding the search for

potentially responsive records—are satisfied with State's search for records to date and do not wish to challenge the adequacy of State's search for records.

4. As previously reported, the parties were discussing the timing for State to prepare for Plaintiffs a *Vaughn* index. Plaintiffs have informed State through counsel that State will not need to produce a *Vaughn* index addressing all of State's withholdings in this case, and instead that the *Vaughn* can focus on a subset of the withholdings. Since the last Joint Status Report, State can now report that, based on the withholdings that Plaintiffs are interested in, it can produce a draft *Vaughn* index to Plaintiffs by November 22, 2023.

5. In light of the foregoing, the parties respectfully propose that they file a further status report with this Court on or before December 8, 2023. The additional time will allow State to complete its draft *Vaughn* index to Plaintiffs and permit Plaintiffs to review the same to determine whether any issues remain in dispute.

Dated: September 8, 2023
Washington, DC

Respectfully submitted,

MATTHEW M. GRAVES
D.C. Bar No. #481052
United States Attorney

BRIAN P. HUDAK
Chief, Civil Division

By:   /s/ Stephen DeGenaro
STEPHEN DEGENARO
D.C. Bar No. #1047116
Assistant United States Attorneys
601 D Street, NW
Washington, D.C. 20530
Stephne.DeGenaro@usdoj.gov
Tel: (202) 252-7229

*Attorneys for the United States of America*

By:  */s/ Gregg M. Mashberg (with permission)*
GREGG M. MASHBERG
Proskauer Ross LLP
1001 Pennsylvania Avenue, NW
Suite 600 South
Washington, DC 20004
914.582.1018
gmashberg@proskauer.com

*Attorney for Plaintiffs*