**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

---

FRIMET ROTH and ARNOLD ROTH,

                     Plaintiffs,

       -against-

UNITED STATES DEPARTMENT OF STATE,

                     Defendant.

Case No. 1:20-cv-03838

---

**NOTICE OF WITHDRAWAL**

My firm, Proskauer Rose LLP, is counsel to the Plaintiffs in this matter.  I request that the Clerk of the Court please remove the appearance of Gregg M. Mashberg as counsel of record for Plaintiffs in the above-captioned case, as he has recently retired from Proskauer.  I will continue to represent the Plaintiffs as counsel of record.

Dated: January 24, 2024

                     PROSKAUER ROSE LLP

                     /s/  *Guy Brenner*
                     Guy Brenner
                     D.C. Bar #491964
                     1001 Pennsylvania Avenue, NW
                     Suite 600 South
                     Washington, DC 20004-2533
                     d 202.416.6830
                     f 202.416.6899
                     gbrenner@proskauer.com

                     *Attorney for Frimet Roth and Arnold Roth*