IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

FRIMET ROTH and ARNOLD ROTH,

                Plaintiffs,

-against-

UNITED STATES DEPARTMENT OF STATE,

                Defendant.

Case No. 1:20-cv-03838

**DECLARATION OF RUSSELL T. GORKIN IN
SUPPORT OF MOTION FOR ADMISSION *PRO HAC VICE***

I, Russell T. Gorkin, declare:

1. My full name is Russell T. Gorkin.

2. My office address and telephone number are:

   Proskauer Rose LLP
   11 Times Square
   New York, New York 10036
   212-969-3000

3. I am admitted to the State Bar of New York. I am currently in good standing with the State Bar of New York, and have been in good standing since my admission on February 25, 2013.

4. I am also admitted to practice in the following courts:

| Court | Date of Admission |
|---|---|
| U.S. Court of Appeals for the Second Circuit | 9/26/2017 |
| U.S. District Court for the Southern District of New York | 1/9/2017 |
| U.S. District Court for the Eastern District of New York | 1/9/2017 |

5. I have never been disciplined by any bar.

2

6. I have not been admitted *pro hac vice* to this Court in the past two years.

7. I do not engage in the practice of law from an office located in the District of Columbia, I am not a member of the District of Columbia Bar, and I do not have an application for membership pending to the District of Columbia Bar.

I declare under penalty of perjury that the foregoing is true and correct.

Signed on this 24th day of January, 2024 at New York, New York.

Russell T. Gorkin