IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| FRIMET ROTH and ARNOLD ROTH, <br><br> Plaintiffs, <br><br> -against- <br><br> UNITED STATES DEPARTMENT OF STATE, <br><br> Defendant. | Case No. 1:20-cv-03838 |

### ORDER FOR ADMISSION TO PRACTICE *PRO HAC VICE*

The motion for admission to practice *pro hac vice* in the above-captioned matter is GRANTED. The admitted attorney Russell T. Gorkin is permitted to argue or try this particular case in whole or in part as counsel or advocate for Frimet Roth and Arnold Roth.

This Order confirms Mr. Gorkin's appearance as counsel in this case, and it will be entered on the Court's docket. A notation of Mr. Gorkin's admission *pro hac vice* for the above-listed case will be made on the roll of attorneys.

ENTER:

_____
The Honorable Amy Berman Jackson
United States District Judge for the District of Columbia