# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| FRIMET ROTH, et al., | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | Civil Action No. 20-3838 (ABJ) |
| | ) | |
| U.S. DEPARTMENT OF STATE, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

## JOINT STATUS REPORT

Pursuant to the Court's February 8, 2024, Minute Order, the parties, Plaintiffs Frimet Roth and Arnold Roth ("Plaintiffs"), and Defendant U.S. Department of State ("State" or the "Department") hereby submit the following Status Report.

1.     At issue in this Freedom of Information Act ("FOIA") lawsuit is a FOIA request served by Plaintiffs Frimet and Arnold Roth ("Plaintiffs") upon State seeking records relating to the bilateral extradition treaty between the U.S. and Jordan, pursuant to which the U.S. has requested the extradition of an FBI Most Wanted Terrorist, Ahlam Al-Tamimi, for the murder of two American nationals (the "Request").  Plaintiffs initiated this action on December 29, 2020, and State filed an Answer on February 5, 2021.

2.     As described in the parties' previous joint status reports, State has completed the processing of its searches aimed at locating records responsive to subsections 5, 6, 8, and 9 of the Request, and the parties had continued to confer regarding the scope of the outstanding searches to be conducted.

3.     In light of the Court's May 11, 2023, Minute Order, the parties report that Plaintiffs—after reviewing information provided by State through counsel regarding the search for

potentially responsive records—are satisfied with State's search for records to date and do not wish to challenge the adequacy of State's search for records.

    4.    Today, the parties report that State served Plaintiffs with a draft *Vaughn* index on February 12, 2024.  On April 2, 2024, Plaintiffs provided through counsel a letter identifying certain redactions within the draft *Vaughn* index that they dispute.  State needs a reasonable additional amount of time to review the disputed redactions to evaluate next steps.  The parties would then meet and confer to see whether they can further narrow the issues that require resolution by the Court before proposing a briefing schedule.

    5.    In light of the foregoing, the parties respectfully propose that they file a further status report with this Court on or before June 7, 2024.


Dated: April 8, 2024
        Washington, DC                Respectfully submitted,

                                  MATTHEW M. GRAVES
                                  D.C. Bar No. #481052
                                  United States Attorney

                                  BRIAN P. HUDAK
                                  Chief, Civil Division

                  By:     */s/ Stephen DeGenaro*
                                    STEPHEN DEGENARO
                                  D.C. Bar No. #1047116
                                  Assistant United States Attorneys
                                  601 D Street, NW
                                  Washington, D.C. 20530
                                  Stephen.DeGenaro@usdoj.gov
                                  Tel: (202) 252-7229

                                  *Attorneys for the United States of America*

By:     _/s/ Russell T. Gorkin (with permission)_
        Russell T. Gorkin (*pro hac vice*)
        Proskauer Rose LLP
        11 Times Square
        New York, New York 10036
        rgorkin@proskauer.com
        Tel:   (212) 969-3496

        *Attorney for Plaintiffs*