**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

|  |  |  |
|---|---|---|
| FRIMET ROTH, et al., | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | Civil Action No. 20-3838 (ABJ) |
| | ) | |
| U.S. DEPARTMENT OF STATE, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

**JOINT STATUS REPORT**

Pursuant to the Court's April 8, 2024, Minute Order, the parties, Plaintiffs Frimet Roth and

Arnold Roth ("Plaintiffs"), and Defendant U.S. Department of State ("State" or the "Department")

hereby submit the following Status Report.

1.      At issue in this Freedom of Information Act ("FOIA") lawsuit is a FOIA request

served by Plaintiffs Frimet and Arnold Roth ("Plaintiffs") upon State seeking records relating to

the bilateral extradition treaty between the U.S. and Jordan, pursuant to which the U.S. has

requested the extradition of an FBI Most Wanted Terrorist, Ahlam Al-Tamimi, for the murder of

two American nationals (the "Request").  Plaintiffs initiated this action on December 29, 2020,

and State filed an Answer on February 5, 2021.

2.      As described in the parties' previous joint status reports, State has completed the

processing of its searches aimed at locating records responsive to subsections 5, 6, 8, and 9 of the

Request, and the parties had continued to confer regarding the scope of the outstanding searches

to be conducted.

3.      In light of the Court's May 11, 2023, Minute Order, the parties report that

Plaintiffs—after reviewing information provided by State through counsel regarding the search for

potentially responsive records—are satisfied with State's search for records to date and do not wish to challenge the adequacy of State's search for records.

4.      As previously reported, State served Plaintiffs with a draft *Vaughn* index on February 12, 2024. On April 2, 2024, Plaintiffs provided through counsel a letter identifying certain redactions within the draft *Vaughn* index that they dispute. State asserted in the April 8, 2024 joint status report that it "need[ed] a reasonable additional amount of time to review the disputed redactions to evaluate next steps," and that "[t]he parties would then meet and confer to see whether they can further narrow the issues that require resolution by the Court before proposing a briefing schedule." (ECF No. 38, ¶ 4.) As of the date of this report, State has not responded substantively or otherwise to Plaintiffs' letter.

5.      State now asserts that it will evaluate the details included in the draft *Vaughn* index to see if the parties can further narrow the issues that require resolution by the Court before proposing a briefing schedule, and in light of the foregoing, respectfully proposes that the parties file a further status report with this Court on or before August 6, 2024

6.      Plaintiffs are amenable to filing a further status report on or before August 6, 2024, but further request that the Court schedule a conference for the week of August 12, 2024, or as soon thereafter as the Court can make itself available so that it can assist Plaintiffs in advancing the resolution of this case.

Dated: June 7, 2024
       Washington, DC              Respectfully submitted,

                                     MATTHEW M. GRAVES
D.C. Bar No. #481052
United States Attorney

BRIAN P. HUDAK
Chief, Civil Division

By:     */s/ Stephen DeGenaro*
STEPHEN DEGENARO
D.C. Bar No. #1047116
Assistant United States Attorneys
601 D Street, NW
Washington, D.C. 20530
Stephen.DeGenaro@usdoj.gov
Tel: (202) 252-7229

*Attorneys for the United States of America*

By:     */s/ Guy Brenner*
Guy Brenner
D.C. Bar No. 491964
Proskauer Rose LLP
1001 Pennsylvania Ave., N.W.
Suite 600 South
Washington, D.C. 20004-2533
gbrenner@proskauer.com
Tel: (202) 416-6830

Russell T. Gorkin (*pro hac vice*)
Proskauer Rose LLP
11 Times Square
New York, New York 10036
rgorkin@proskauer.com
Tel: (212) 969-3496

*Attorneys for Plaintiffs*