IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

FRIMET ROTH and ARNOLD ROTH,

                Plaintiffs,

-against-

UNITED STATES DEPARTMENT OF STATE,

                Defendant.

Case No. 1:20-cv-03838

## DECLARATION OF MARGARET A. DALE IN SUPPORT OF MOTION FOR ADMISSION *PRO HAC VICE*

I, Margaret A. Dale, declare:

1. My full name is Margaret A. Dale.

2. My office address and telephone number are:

   Proskauer Rose LLP
   11 Times Square
   New York, New York 10036
   212-969-3000

3. I am admitted to the State Bar of New York. I am currently in good standing with the State Bar of New York, and have been in good standing since my admission on January 23, 1990.

4. I am also admitted to practice in the following courts:

| Court | Date of Admission |
|---|---|
| United States Court of Appeals for the Eleventh Circuit | 07/13/1990 |
| United States District Court for the Southern District of New York | 03/24/1995 |
| United States District Court for the Eastern District of New York | 03/24/1995 |
| United States Court of Appeals for the Fourth Circuit | 04/24/2000 |

| | |
|---|---|
| United States Court of Appeals for the Federal Circuit | 10/31/2002 |
| United States Court of Appeals for the Tenth Circuit | 11/01/2004 |
| Untied States District Court for the Western District of New York | 09/04/2008 |
| United States Court of Appeals for the First Circuit | 10/11/2011 |
| United States Court of Appeals for the Ninth Circuit | 03/18/2015 |
| United States Court of Appeals for the Second Circuit | 02/11/2020 |
| United States Court of Appeals for the District of Columbia Circuit | 06/22/2022 |

5. I have never been disciplined by any bar.

6. I have not been admitted *pro hac vice* to this Court in the past two years.

7. I do not engage in the practice of law from an office located in the District of Columbia, I am not a member of the District of Columbia Bar, and I do not have an application for membership pending to the District of Columbia Bar.

I declare under penalty of perjury that the foregoing is true and correct.

Signed on this 26th day of June, 2024 at New York, New York.

*Margaret A. Dale*
Margaret A. Dale

2