AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| | | |
|---|---|---|
| FRIMET ROTH and ARNOLD ROTH | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No.    20-cv-03838 |
| UNITED STATES DEPARTMENT OF STATE | ) | |
| *Defendant* | ) | |

**APPEARANCE OF COUNSEL**

To:     The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Plaintiffs Frimet Roth and Arnold Roth                                                                                            .

Date:     07/02/2024

s/ Margaret A. Dale
*Attorney's signature*

Margaret A. Dale
*Printed name and bar number*

Proskauer Rose LLP
11 Times Square
New York, NY 10036

*Address*

mdale@proskauer.com
*E-mail address*

(212)-969-3315
*Telephone number*

(212)-969-2900
*FAX number*