# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| FRIMET ROTH and ARNOLD ROTH,<br><br>                    Plaintiffs,<br><br>       -against-<br><br>UNITED STATES DEPARTMENT OF STATE,<br><br>                  Defendant. | Case No. 1:20-cv-03838 |

## DECLARATION OF THOMAS R. BLAKELY IN SUPPORT OF MOTION FOR ADMISSION *PRO HAC VICE*

I, Thomas R. Blakely, declare:

1. My full name is Thomas R. Blakely.

2. My office address and telephone number are:

    Proskauer Rose LLP
    One International Place
    Boston, MA 02110
    617-526-9866

3. I am admitted to the State Bar of Massachusetts. I am currently in good standing with the State Bar of Massachusetts, and have been in good standing since my admission on November 13, 2023.

4. I have never been disciplined by any bar.

5. I have not been admitted *pro hac vice* to this Court in the past two years.

6. I do not engage in the practice of law from an office located in the District of Columbia, I am not a member of the District of Columbia Bar, and I do not have an application for membership pending to the District of Columbia Bar.

I declare under penalty of perjury that the foregoing is true and correct.

Signed on this 2nd day of July, 2024 at Newton, Massachusetts.

_____
Thomas R. Blakely