AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of Columbia

Frimet Roth  
*Plaintiff*  
v.  
US Dept of State  
*Defendant*

Case No. 1:20-cv-03838-ABJ

## APPEARANCE OF COUNSEL

To:  The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Arnold and Frimet Roth, Plaintiffs

Date: 07/23/2024

*Attorney's signature*

Thomas R. Blakely (admitted PHV)  
*Printed name and bar number*  
Proskauer Rose LLP  
One International Place  
Boston, MA 02110

*Address*

tblakely@proskauer.com  
*E-mail address*

(617) 526-9866  
*Telephone number*

(617) 526-9899  
*FAX number*