UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| FRIMET ROTH, et al., ) <br> ) <br> Plaintiffs, ) <br> ) <br> v. ) <br> ) <br> U.S. DEPARTMENT OF STATE, ) <br> ) <br> Defendant. ) <br> ) | Civil Action No. 20-3838 (ABJ) |

## JOINT STATUS REPORT

Pursuant to the Court's June 7, 2024, Minute Order, the parties, Plaintiffs Frimet Roth and Arnold Roth ("Plaintiffs"), and Defendant U.S. Department of State ("State" or the "Department") hereby submit the following Status Report.

1. At issue in this Freedom of Information Act ("FOIA") lawsuit is a FOIA request served by Plaintiffs upon State seeking records relating to the bilateral extradition treaty between the U.S. and Jordan, pursuant to which the U.S. has requested the extradition of an FBI Most Wanted Terrorist, Ahlam Al-Tamimi, for the murder of two American nationals (the "Request").

2. As described in the parties' previous joint status reports, State has completed the processing of its searches aimed at locating records responsive to subsections 5, 6, 8, and 9 of the Request, and the parties had continued to confer regarding the scope of the outstanding searches to be conducted.

3. In light of the Court's June 7, 2024, Minute Order, the parties report that Plaintiffs—after reviewing information provided by State through counsel regarding the search for potentially responsive records—are satisfied with State's search for records to date and do not wish to challenge the adequacy of State's search for records.

4. As previously reported, State served Plaintiffs with a draft *Vaughn* index on February 12, 2024. On April 2, 2024, Plaintiffs provided a letter identifying certain redactions within the draft *Vaughn* index that they dispute. State asserted in the April 8, 2024 joint status report that it "need[ed] a reasonable additional amount of time to review the disputed redactions to evaluate next steps," and that "[t]he parties would then meet and confer to see whether they can further narrow the issues that require resolution by the Court before proposing a briefing schedule." (ECF No. 38, ¶ 4.)

5. On July 26, 2024, Plaintiffs received from State an updated *Vaughn* index based on the initial draft *Vaughn* index State provided on February 12, 2024.

6. Plaintiffs have reviewed State's updated *Vaughn* index, which contains State's amended arguments in support of its withholding of the remaining responsive documents at issue in this case.

7. The parties continue to evaluate these remaining issues, but at this time there remain items in dispute regarding State's withholding and redactions of responsive documents.

8. The parties have conferred and disagree regarding the path forward. Below each party sets forth its position:

   a. Plaintiffs respectfully request that the Court schedule a status conference in September as well as a deadline for the Parties' filing of pre-conference statements for the week of August 26, 2024, in order to assist the Parties in advancing the resolution of this case.

   b. State's position is that the requirements of Local Civil Rule 16.3—including the obligation to prepare a pre-conference report—are inapplicable to this FOIA action. *See* Local Civ. R. 16.3(b)(10). Instead, Defendant respectfully proposes

that the parties meet and confer over a briefing schedule and report that proposed schedule to this Court within 30 days. This proposed path comports with the conventional practice in FOIA matters within this District where, as here, the parties have conferred in good faith over the withholding by the government but issues remain in dispute between the parties. *E.g.*, Jan. 6, 2020, Minute Order, *Center for Biological Diversity v. U.S. Fish and Wildlife Service, et al.*, Civ. A. No. 18-0342 (ABJ) (D.D.C.) (adopting the parties' Joint Status Report and proposed briefing schedule from Dkt. No. 31).

Dated: August 8, 2024
      Washington, DC                         Respectfully submitted,

                                             MATTHEW M. GRAVES
                                             D.C. Bar No. #481052
                                             United States Attorney

                                             BRIAN P. HUDAK
                                             Chief, Civil Division

                                      By:    /s/ Stephen DeGenaro
                                             STEPHEN DEGENARO
                                             D.C. Bar No. #1047116
                                             Assistant United States Attorneys
                                             601 D Street, NW
                                             Washington, D.C. 20530
                                             Stephen.DeGenaro@usdoj.gov
                                             Tel: (202) 252-7229

                                             *Attorneys for the United States of America*

By:   */s/ Margaret A. Dale*
Margaret A. Dale (*pro hac vice*)
Proskauer Rose LLP
11 Times Square
New York, New York 10036
mdale@proskauer.com
Tel: (212) 969-3315

*/s/ Thomas R. Blakely, II.*
Thomas R. Blakely, II. (*pro hac vice*)
Proskauer Rose LLP
One International Place
Boston, MA 02110
tblakely@proskauer.com
Tel: (617) 526-9866

*/s/ Guy Brenner*
Guy Brenner
D.C. Bar No. 491964
Proskauer Rose LLP
1001 Pennsylvania Ave., N.W.
Suite 600 South
Washington, D.C. 20004-2533
gbrenner@proskauer.com
Tel: (202) 416-6830
*Attorneys for Plaintiffs*