IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| FRIMET ROTH and ARNOLD ROTH,<br><br>                   Plaintiffs,<br><br>     -against-<br><br>UNITED STATES DEPARTMENT OF STATE,<br><br>                  Defendant. | Case No. 1:20-cv-03838 |

## NOTICE OF WITHDRAWAL

My firm, Proskauer Rose LLP, is counsel to the Plaintiffs in this matter. I request that the Clerk of the Court please remove the appearance of Thomas R. Blakely, II. as counsel of record for Plaintiffs in the above-captioned case. I will continue to represent the Plaintiffs as counsel of record.

Dated: August 14, 2024

                                                         PROSKAUER ROSE LLP

/s/ *Guy Brenner*
Guy Brenner
D.C. Bar #491964
1001 Pennsylvania Avenue, NW
Suite 600 South
Washington, DC 20004-2533
d 202.416.6830
f 202.416.6899
gbrenner@proskauer.com

*Attorney for Frimet Roth and Arnold Roth*