## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| FRIMET ROTH, et al., ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | Civil Action No. 20-3838 (ABJ) |
| ) | |
| U.S. DEPARTMENT OF STATE, ) | |
| ) | |
| Defendant. ) | |

### MOTION FOR ADMISSION *PRO HAC VICE*

Pursuant to Rule 83.2 of the Local Civil Rules of this Court, the undersigned, Guy Brenner, Esq., a member of the bar of this Court, respectfully moves for the pro hac vice admission of Henrique N. Carneiro, Esq., a colleague and associate practicing with Proskauer Rose LLP, located at Eleven Times Square, New York, NY 10036, to represent, in association with the undersigned, the Plaintiffs, Frimet Roth and Arnold Roth, in the above-captioned matter.

Mr. Carneiro submits the attached declaration in support of this motion, addressing each element outlined in Rule 83.2. Specifically, Mr. Carneiro is a member in good standing of the Bar of the State of New York. He is also admitted to practice in the United States Courts of Appeals for the First, Second, and D.C. Circuits. Mr. Carneiro has never been disciplined by any Bar, has never applied for admission to practice in this Court, and does not engage in the practice of law from an office located in the District of Columbia.

Dated: September 4, 2024                    Respectfully submitted,

                                            /s/     Guy Brenner

                                            Guy Brenner
                                            D.C. Bar No. 491964
                                            Proskauer Rose LLP
                                            1001 Pennsylvania Ave, N.W.
                                            Suite 600 South
                                            Washington, D.C. 20004-2533
                                            gbrenner@proskauer.com
                                            Tel: (202) 416-6830

                                            Margaret A. Dale (*pro hac vice*)
                                            Proskauer Rose LLP
                                            11 Times Square
                                            New York, New York 10036
                                            mdale@proskauer.com
                                            Tel: (212) 969-3496

                                            *Counsel for Plaintiffs*