# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| FRIMET ROTH, et al., | ) |
| Plaintiffs, | ) ) ) |
| v. | ) ) Civil Action No. 20-3838 (ABJ) |
| U.S. DEPARTMENT OF STATE, | ) ) ) |
| Defendant. | ) ) |

## DECLARATION OF HENRIQUE N. CARNEIRO IN SUPPORT OF MOTION FOR ADMISSION *PRO HAC VICE*

I, Henrique N. Carneiro, declare:

1. My full name is Henrique Nobrega Carneiro.

2. My office address and telephone number are:

    a. Proskauer Rose LLP, 11 Times Square, New York, NY 10036

    b. 212-969-3993

3. I am admitted to the State Bar of New York. I am currently in good standing with the State Bar of New York and have been in good standing since my admission on October 12, 2023.

4. I am also admitted to practice in the following courts:

    a. United States Court of Appeals for the First Circuit (1/8/2024)

    b. United States Court of Appeals for the Second Circuit (12/21/2023)

    c. United States Court of Appeals for the District of Columbia Circuit (5/8/2024)

5. I have never been disciplined by any bar.

6. I have not been admitted *pro hac vice* to this Court in the past two years.

2

7. I do not engage in the practice of law from an office located in the District of Columbia, I am not a member of the District of Columbia Bar, and I do not have an application for membership pending to the District of Columbia Bar.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: September 4, 2024