# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| FRIMET ROTH, et al., | ) |
| Plaintiffs, | ) |
| v. | ) Civil Action No. 20-3838 (ABJ) |
| U.S. DEPARTMENT OF STATE, | ) |
| Defendant. | ) |

## PROPOSED ORDER ON MOTION FOR ADMISSION TO PRACTICE *PRO HAC VICE*

The motion for admission to practice *pro hac vice* is GRANTED. A notation of Mr. Carneiro's admission *pro hac vice* for the above-listed case will be made on the roll of attorneys.

Dated: September __, 2024

_____
The Honorable Amy Berman Jackson
Senior United States District Judge