UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| FRIMET ROTH, et al., | ) | |
| Plaintiffs, | ) ) ) | |
| v. | ) ) | Civil Action No. 20-3838 (ABJ) |
| U.S. DEPARTMENT OF STATE, | ) ) ) | |
| Defendant. | ) ) ) | |

**MOTION FOR ADMISSION *PRO HAC VICE***

Pursuant to Rule 83.2 of the Local Civil Rules of this Court, the undersigned, Guy Brenner, Esq., a member of the bar of this Court, respectfully moves for the *pro hac vice* admission of Marielle T. LaBerge Esq., a colleague and associate practicing with Proskauer Rose LLP, located at One International Place, Boston, MA 02110, to represent, in association with the undersigned, the Plaintiffs, Frimet and Arnold Roth, in the above-captioned matter.

Ms. LaBerge submits the attached declaration in support of this motion, addressing each element outlined in Rule 83.2. Specifically, Ms. LaBerge is a member in good standing of the Bar of the State of New York and the Commonwealth of Massachusetts. Ms. LaBerge has never been disciplined by any Bar and she does not engage in the practice of law from an office located in the District of Columbia.

Dated: September 4, 2024　　　　**PROSKAUER ROSE LLP**

By: */s/ Guy Brenner*
　　　Guy Brenner

1001 Pennsylvania Ave, N.W.
Suite 600 South
Washington, District of Columbia
(202 416-6800
gbrenner@proskauer.com
D.C. Bar No. 491964

Margaret A. Dale (pro hac vice pending)
Eleven Times Square
New York, NY 10036
(212) 969-3315
mdale@proskauer.com

*Counsel for the Plaintiffs*