UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| FRIMET ROTH, et al., ) <br> ) <br> Plaintiffs, ) <br> ) <br> v. ) <br> ) <br> U.S. DEPARTMENT OF STATE, ) <br> ) <br> Defendant. ) | Civil Action No. 20-3838 (ABJ) |

## DECLARATION OF MARIELLE T. LABERGE ESQ. IN SUPPORT OF MOTION FOR ADMISSION *PRO HAC VICE*

I, MARIELLE T. LABERGE, pursuant to 28 U.S.C. 1 46, hereby declare as follows:

1. My full name is Marielle T. LaBerge

2. I am an associate practicing with the law firm of Proskauer Rose LLP, counsel for the Plaintiffs, Frimet and Arnold Roth, in the above-captioned matter. I work in the Boston office of Proskauer Rose LLP, located at One International Place, Boston, MA 02110. My office telephone number is (617) 526-9628, my facsimile number is (212) 969-2900, and my email address is mlaberge@proskauer.com.

3. Pursuant to Rule 83.2(c) of the Local Civil Rules of this Court, I am submitting this declaration in support of the Motion for my *pro hac vice* admission in this matter.

4. I am a member in good standing of the Bar of the State of New York, having been admitted in 2024.

5.  I am a member in good standing of the Bar of the Commonwealth of Massachusetts, having been admitted in 2023.

6.  I have never been disciplined by any Bar.

6.  I do not engage in the practice of law from an office located in the District of Columbia, I am not a member of the District of Columbia Bar, and I do not have an application for membership pending to the District of Columbia Bar.

I declare under penalty of perjury that the foregoing is true and correct.

Date: September 4, 2024

*Marielle T. LaBerge*
Marielle T. LaBerge