UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| FRIMET ROTH, et al., )<br>)<br>Plaintiffs, )<br>)<br>v. )<br>)<br>U.S. DEPARTMENT OF STATE, )<br>)<br>Defendant. )<br>) | Civil Action No. 20-3838 (ABJ) |

**ORDER FOR ADMISSION TO PRACTICE *PRO HAC VICE***

The motion for admission to practice *pro hac vice* is GRANTED. A notation of Ms. LaBerge's admission *pro hac vice* for the above-listed case will be made on the roll of attorneys.

Dated: September __, 2024

_____
The Honorable Amy Berman Jackson
Senior United States District Judge