UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| FRIMET ROTH, et al., )<br>)<br>Plaintiffs, )<br>)<br>v. )<br>)<br>U.S. DEPARTMENT OF STATE, )<br>)<br>Defendant. )<br>) | Civil Action No. 20-3838 (ABJ) |

## JOINT STATUS REPORT

The parties have conferred in accordance with the Court's August 8, 2024 Minute Order and propose that the following schedule govern summary-judgment motions in this action:

- Defendant's Motion: **October 28, 2024**

- Plaintiffs' (i) Opposition to Defendant's Motion and (ii) Cross-motion, if any: **November 27, 2024**

- Defendant's (i) Reply in support of its Motion and (ii) Opposition to Plaintiffs' Cross-motion, if necessary: **December 27, 2024**

- Plaintiffs' Reply in support of their Cross-motion, if necessary: **January 27, 2025**

Dated: September 6, 2024                           Respectfully submitted,

                                                      */s/  Margaret A. Dale*

Margaret A. Dale (*pro hac vice*)
Proskauer Rose LLP
11 Times Square
New York, New York 10036
mdale@proskauer.com
Tel: (212) 969-3315

Guy Brenner (D.C. Bar No. 491964)
Proskauer Rose LLP
1001 Pennsylvania Ave, N.W.

Suite 600 South
Washington, D.C. 20004-2533
gbrenner@proskauer.com
Tel: (202) 416-6830

*Counsel for Plaintiffs*

_____/s/  Stephen DeGenaro_____

Matthew M. Graves (D.C. Bar No. 481052)
United States Attorney

Brian P. Hudak
Chief, Civil Division

Stephen DeGenaro (D.C. Bar No. 1047116)
Assistant United States Attorneys
601 D Street, N.W.
Washington, D.C. 20530
stephen.degenaro@usdoj.gov
Tel: (202) 252-7229

*Counsel for Defendant*