UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| FRIMET ROTH, et al.,<br><br>      Plaintiffs,<br><br>v.<br><br>DEPARTMENT OF STATE,<br><br>      Defendant. | Civil Action No. 20-3838 (ABJ) |

**[PROPOSED] ORDER**

UPON CONSIDERATION of Defendant's motion for summary judgment, and the entire record herein, it is hereby

ORDERED that Defendant's Motion is GRANTED, and it is further

ODERED that summary judgment is ENTERED in favor of Defendant.

This is a final appealable order.

SO ORDERED:

_____            _____
Date                                                          AMY BERMAN JACKSON
                                                                  United States District Judge