AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT

for the

District of Columbia  ▾

| | |
|---|---|
| Frimet Roth, et al<br>*Plaintiff*<br>v.<br>United States Department of State<br>*Defendant* | )<br>)<br>)<br>)<br>) |

Case No.   1:20-cv-03838-ABJ

## APPEARANCE OF COUNSEL

To:     The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Frimet Roth and Arnold Roth

Date:     11/20/2024

_____
*Attorney's signature*

Henrique N. Carneiro (Pro Hac Vice)
*Printed name and bar number*

Proskauer Rose LLP
11 Times Square
New York, NY 10036
*Address*

hcarneiro@proskauer.com
*E-mail address*

(212) 969-3993
*Telephone number*

(212) 969-2900
*FAX number*