AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| Frimet Roth, et al. | ) |
|---|---|
| *Plaintiff* | ) |
| v. | ) Case No. 1:20-cv-03838-ABJ |
| United States Department of State | ) |
| *Defendant* | ) |

## APPEARANCE OF COUNSEL

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Frimet and Arnold Roth

Date:   11/25/2024

*Attorney's signature*

Marielle T. LaBerge (Pro Hac Vice)
*Printed name and bar number*

Proskauer Rose LLP
One International Place
Boston, MA 02110-2600
*Address*

mlaberge@proskauer.com
*E-mail address*

(617) 526-9628
*Telephone number*

(617) 526-9899
*FAX number*