# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| FRIMET ROTH and ARNOLD ROTH, ) <br> ) <br> Plaintiffs, ) <br> ) <br> v. ) <br> ) <br> U.S. DEPARTMENT OF STATE, ) <br> ) <br> Defendant. ) <br> ) | Civil Action No. 20-3838 (ABJ) |

### **PLAINTIFFS' CROSS-MOTION FOR SUMMARY JUDGMENT**

Plaintiffs respectfully request that the Court enter summary judgment in their favor pursuant to Federal Rule of Civil Procedure 56. In support of this cross-motion, Plaintiffs respectfully refer the Court to Plaintiffs' Memorandum of Law in Opposition to Defendant's Motion for Summary Judgment and in Support of Plaintiffs' Cross-motion for Summary Judgment; Plaintiffs' Statement of Undisputed Material Facts; Plaintiffs' Response to Defendant's Statement of Undisputed Material Facts; and the Declaration of Marielle T. LaBerge and exhibits attached thereto. Plaintiffs respectfully request an oral hearing on their cross-motion pursuant to Local Rules 7(f) and 78.1 at a date and time convenient for the Court.

Date: November 26, 2024                              Respectfully submitted,

                                    By:   */s/ Margaret A. Dale*
                                              Margaret A. Dale (*pro hac vice*)
                                              Henrique N. Carneiro (*pro hac vice*)
                                              Proskauer Rose LLP
                                              11 Times Square
                                              New York, New York 10036
                                              mdale@proskauer.com
                                              hcarneiro@proskauer.com
                                              Tel: (212) 969-3315
                                              Tel: (212) 969-3993

                                              Marielle T. LaBerge (*pro hac vice*)
                                              Proskauer Rose LLP
                                              One International Place
                                              Boston, MA 02110
                                              mlaberge@proskauer.com
                                              Tel: (617) 526-9628

                                              */s/ Guy G. Brenner*
                                              Guy G. Brenner
                                              D.C. Bar No. 491964
                                              Proskauer Rose LLP
                                              1001 Pennsylvania Ave., N.W.
                                              Suite 600 South
                                              Washington, D.C. 20004-2533
                                              gbrenner@proskauer.com
                                              Tel: (202) 416-6830

                                              *Attorneys for Plaintiffs Frimet and Arnold Roth*