UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| FRIMET ROTH and ARNOLD ROTH,<br><br>Plaintiffs,<br><br>v.<br><br>U.S. DEPARTMENT OF STATE,<br><br>Defendant. | Civil Action No. 20-3838 (ABJ) |

**PLAINTIFFS' STATEMENT OF UNDISPUTED MATERIAL FACTS IN SUPPORT OF CROSS-MOTION FOR SUMMARY JUDGMENT**

Pursuant to Local Rule 7(h), Plaintiffs, Frimet Roth and Arnold Roth, submit this statement of material facts as to which there is no genuine issue with respect to the issues raised in Plaintiffs' Cross-Motion for Summary Judgment.

In partial support therefore, Plaintiffs submit the Declaration of their attorney, Marielle LaBerge, sworn to November 26, 2024 and the exhibits annexed thereto ("LaBerge Decl."), which are being filed contemporaneously herewith.

1. On July 15, 2013, the Department of Justice filed criminal charges against Ahlam Al-Tamimi.

   **Supporting evidence:** LaBerge Decl. Ex. 39; LaBerge Decl. Ex. 37.

2. The charges were unsealed on March 14, 2017.

   **Supporting evidence:** LaBerge Decl. Ex. 39.

3. The investigation that led to the criminal charges concluded as early as July 15, 2013, but no later than March 14, 2017.

   **Supporting evidence:** LaBerge Decl. Ex. 39.

4. The United States requested that Jordan extradite Al-Tamimi to stand trial in the United States for her crimes.

**Supporting evidence:** LaBerge Decl. Ex. 39.

5. On March 21, 2017, the Jordanian Court of Cassation ruled that the extradition treaty between the United States and Jordan was unenforceable.

   **Supporting evidence:** LaBerge Decl. Ex. 40.

6. The State Department's redactions to the documents produced pursuant to Plaintiffs' FOIA request do not specify whether they are pursuant to EO 13526 § 1.4(b), § 1.4(d) or both.

   **Supporting evidence:** LaBerge Decl. Exs. 1-14.

7. The State Department's redactions to the documents produced pursuant to Plaintiffs' FOIA request do not specify whether they are justified by the deliberative process privilege, the attorney-client privilege, the attorney work-product doctrine, or some or all of these.

   **Supporting evidence:** LaBerge Decl. Exs. 1-5, 15, 16, 19, 21-29.

8. In withholding information under Exemption 7(A), the State Department has provided the same exact explanation in Vaughan Index entries for emails whose dates range from March 2017 to January 2020.

   **Supporting evidence:** *Vaughn* index, ECF No. 50-4 at 2, 6-9, 11 (entries for Documents 1-5, 16-18, 20, 25).

9. In withholding information under Exemption 7(A), the State Department has provided the same exact explanation in its Vaughan Index entries for emails with the following permutations of authors and recipients: "State Department Officials; Jordanian Government Officials"; "U.S. Government Officials"; "Government of Jordan, U.S. Government Officials."

   **Supporting evidence:** *Vaughn* index, ECF No. 50-4 at 2, 6-9, 11 (entries for Documents 1-5, 16-18, 20, 25).

10. In withholding Document No. 20, the State Department relies solely on Exemption 7(A).

    **Supporting evidence:** *Vaughn* index, ECF No. 50-4 at 8 (entry for Document 20).

11. In withholding Document No. 29, the State Department relies solely on Exemption 5.

    **Supporting evidence:** *Vaughn* index, ECF No. 50-4 at 13-14 (entry for Document 29).

Respectfully submitted,

By: */s/ Margaret A. Dale*
Margaret A. Dale (*pro hac vice*)
Henrique N. Carneiro (*pro hac vice*)
Proskauer Rose LLP
11 Times Square
New York, New York 10036
mdale@proskauer.com
hcarneiro@proskauer.com
Tel: (212) 969-3315
Tel: (212) 969-3993

Marielle T. LaBerge (*pro hac vice*)
Proskauer Rose LLP
One International Place
Boston, MA 02110
mlaberge@proskauer.com
Tel: (617) 526-9628

*/s/ Guy G. Brenner*
Guy G. Brenner
D.C. Bar No. 491964
Proskauer Rose LLP
1001 Pennsylvania Ave., N.W.
Suite 600 South
Washington, D.C. 20004-2533
gbrenner@proskauer.com
Tel: (202) 416-6830

*Attorneys for Plaintiffs Frimet and Arnold Roth*