# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| FRIMET ROTH and ARNOLD ROTH, ) <br> ) <br> Plaintiffs, ) <br> ) <br> v. ) <br> ) <br> U.S. DEPARTMENT OF STATE, ) <br> ) <br> Defendant. ) <br> ) | Civil Action No. 20-3838 (ABJ) |

### **[PROPOSED] ORDER**

UPON CONSIDERATION of Defendant's motion for summary judgment, Plaintiffs' opposition thereto and cross-motion for summary judgment, and the entire record herein, [and after conducting an *in camera* review of unredacted versions of certain materials withheld by Defendants,] it is hereby

ORDERED that Defendant's motion is DENIED, and it is further

ORDERED that Plaintiffs' motion is granted and summary judgment is ENTERED in favor of Plaintiffs.


SO ORDERED:


_____                                      _____
Date                                                                              AMY BERMAN JACKSON
                                                                                         United States District Judge