# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| FRIMET ROTH, et al., ) | |
| Plaintiffs, ) | |
| ) | Civil Action No. 20-3838 (ABJ) |
| v. ) | |
| U.S. DEPARTMENT OF STATE, ) | |
| Defendants. ) | |

## DEFENDANT'S UNOPPOSED MOTION TO MODIFY THE BRIEFING SCHEDULE

Pursuant to Fed. R. Civ. P. 6(b)(1), Defendants respectfully move this Court to modify the existing briefing schedule. Pursuant to Local Civil Rule 7(m), undersigned counsel has conferred with Plaintiffs' counsel, who has graciously indicated that they do not oppose the requested relief. In support of this Motion, Defendants state as follows:

1. On September 6, 2024, this Court established the current briefing schedule for summary judgment. As relevant here, the remaining deadlines are as follows: (1) Defendant shall file its Reply and Opposition to Plaintiffs Motion for Summary Judgment on or before December 27, 2024; and (2) Plaintiffs shall file their Reply on or before January 27, 2025.

2. Defendant now requests that the briefing schedule be modified as follows: (1) Defendant shall file its Reply and Opposition to Plaintiffs Motion for Summary Judgment on or before January 24, 2025; and (2) Plaintiffs shall file their Reply on or before February 24, 2025.

3. There is good cause for this request. Defendant has been working diligently on its response to Plaintiff's cross motion; however it needs a reasonable additional amount of time to complete its response and have it submitted for review pursuant to both Department of Justice and Department of State procedures.

4. In the course of meeting and conferring over the instant motion, undersigned discussed with counsel for Plaintiffs the proposed schedule. Counsel for Plaintiffs concur wit the schedule proposed herein.

5. This is Defendants' first request to modify the current deadline under this briefing schedule and granting this motion will not result in prejudice to any party. This motion is filed in good faith and not for the purpose of delay.

Dated: December 20, 2024
Washington, DC

                        Respectfully submitted,

                        MATTHEW M. GRAVES, D.C. Bar #481052
                        United States Attorney

                        BRIAN P. HUDAK
                        Chief, Civil Division

By: _____*/s/ Stephen DeGenaro*_____
    STEPHEN DEGENARO
    D.C. Bar # 1047116
    Assistant United States Attorney
    601 D Street, NW
    Washington, DC 20530
    202-252-7229
    Stephen.DeGenaro@usdoj.gov

*Attorneys for the United States of America*