# Exhibit 21

| | |
|---|---|
| **From:** | (b)(6) |
| **To:** | (b)(6); (b)(7)(C) |
| **Subject:** | Fw: Tamimi Extradition Case |
| **Date:** | Mon, 22 Jun 2020 17:05:24 +0000 |

(b)(5)

(b)(6)
(b)(6)

From: Olson, Jeffrey (CRM) (b)(6); (b)(7)(C)
Sent: Wednesday, May 29, 2019 2:26 PM
To: (b)(6) ; Gillice, Thomas (USADC) (b)(6)

Cc: Friedman, Michael (USADC)
(b)(6)
(b)(6) NEA-Jordan-DL <NEA-Jordan-DL@state.gov<mailto:NEA-Jordan-DL@state.gov>>; (b)(6); (b)(7)(C)
(b)(6); (b)(7)(C)
Subject: RE: Tamimi Extradition Case

H(b)(6)

(b)(5); (b)(6); (b)(7)(C)

I hope that's helpful.

Jeff

Jeffrey M. Olson
Associate Director for Asia|Pacific|Africa|Middle East Affairs U.S. Department of Justice, Office of International Affairs • Tel: (b)(6); (b)(7)(C)
• Mob: (b)(6); (b)(7)(C)

(b)(6)

From: (b)(6)
Sent: May 28, 2019 4:28 PM
To: Olson, Jeffrey (CRM) (b)(6); (b)(7)(C)
Gillice, Thomas (USADC)

Cc: Friedman, Michael (USADC) (b)(6)
(b)(6)

(b)(6) >; NEA-Jordan-DL <NEA-Jordan-DL@state.gov<mailto:NEA-Jordan-DL@state.gov>>
Subject: Tamimi Extradition Case

DOJ colleagues,

I hope all is well with you and you had a good long weekend.

I spoke earlier today with Malki Roth's father Arnold regarding some concerns he has with the Jordan Media Institute and its potential relationship with Ahlam al-Tamimi. During our conversation, Mr. Roth relayed his understanding that there had been three extraditions made under the bilateral U.S.-Jordan extradition treaty. Mr. Roth subsequently sent me the below list of people he claimed had been extradited from Jordan to the United States:

Eyad Ismoil (aka Iyad Isama'il Al-Najim)
Citizenship: Jordanian
Charge: Being part of the plot to destroy the World Trade Center in 1993 Fled to Jordan, captured by Jordanian police in August 1995, immediately extradited to US. Convicted in November 1997, sentenced in April 1998 to 240 years imprisonment in a maximum security penitentiary

Mohammad Zaki Amawi
Citizenship: Both US and Jordanian
Charge: "Plotting to kill American soldiers serving overseas" (The Toledo, OH plotters) Arrested in Jordan and extradited to US in February 2006. Convicted in a US court in June 2008 - sentenced to 20 years Nader Saadeh
Citizenship: Both US and Jordanian
Charge: Tried to join ISIS by going to Jordan on May 5, 2015 Apprehended in Jordan, extradited to US in August 2015 Convicted April 30, 2018 Sentenced to 10 years in a federal prison and will also serve a lifetime of supervised release.

(b)(5)

Thanks,

(b)(6)

Official
UNCLASSIFIED
**Official - SBU**

**UNCLASSIFIED**

| Sender: | (b)(6) |
|---|---|
| Recipient: | (b)(6); (b)(7)(C) |

# Exhibit 34

|         |                                      |
|---------|--------------------------------------|
| From:   | (b)(6)                               |
| To:     |                                      |
| Subject:| Fwd: Tamimi Extradition Case         |
| Date:   | Tue, 28 May 2019 20:33:48 +0000      |

FYI, Roth spoke to the desk. Roth has received offers from bounty hunters. (b)(5) Desk reiterated Roth still not happy with our delayed response and our tepid letter. Jeff

---

**From:** (b)(6)
**Date:** May 28, 2019 at 4:27:39 PM EDT
**To:** Olson, Jeffrey (CRM) (b)(6) @usdoj.gov>, (b)(6) (b)(6) @usdoj.gov>, (b)(6) i@usdoj.gov>
**Cc:** (b)(6) <(b)(6) @usdoj.gov>, (b)(6) (b)(6) (b)(6) NEA-Jordan-DL <NEA-Jordan-DL@state.gov>
**Subject:** Tamimi Extradition Case

DOJ colleagues,

I hope all is well with you and you had a good long weekend.

I spoke earlier today with Malki Roth's father Arnold regarding some concerns he has with the Jordan Media Institute and its potential relationship with Ahlam al-Tamimi. During our conversation, Mr. Roth relayed his understanding that there had been three extraditions made under the bilateral U.S.-Jordan extradition treaty. Mr. Roth subsequently sent me the below list of people he claimed had been extradited from Jordan to the United States:

### Eyad Ismoil (aka Iyad Isama'il Al-Najim)
Citizenship: Jordanian
Charge: Being part of the plot to destroy the World Trade Center in 1993
Fled to Jordan, captured by Jordanian police in August 1995, immediately extradited to US. Convicted in November 1997, sentenced in April 1998 to 240 years imprisonment in a maximum security penitentiary

### Mohammad Zaki Amawi
Citizenship: Both US and Jordanian
Charge: "Plotting to kill American soldiers serving overseas" (The Toledo, OH plotters)
Arrested in Jordan and extradited to US in February 2006. Convicted in a US court in June 2008 - sentenced to 20 years

**Nader Saadeh**
Citizenship: Both US and Jordanian
Charge: Tried to join ISIS by going to Jordan on May 5, 2015
Apprehended in Jordan, extradited to US in August 2015
Convicted April 30, 2018
Sentenced to 10 years in a federal prison and will also serve a lifetime of supervised release.

(b)(5)

Thanks,

(b)(6)

**Official**
**UNCLASSIFIED**

**From:** Olson, Jeffrey (CRM) <(b)(6)@usdoj.gov>
**Sent:** Wednesday, March 13, 2019 12:13 PM
**To:** (b)(6); (b)(6); (b)(6)@usdoj.gov>; Gaudiosi, Eric V <(b)(6)>; NEA-Jordan-DL <NEA-Jordan-DL@state.gov>; (b)(6)@usdoj.gov>
**Cc:** (b)(6); (b)(6)@usdoj.gov>(b)(6); (b)(6)
**Subject:** RE: Tamimi RFJ

+(b)(6) from L/LEI

Jeffrey M. Olson
Associate Director for Asia|Pacific|Africa|Middle East Affairs
U.S. Department of Justice, Office of International Affairs
☏ Tel: +(b)(6) | ✉ Email: (b)(6)@usdoj.gov
☏ Mob: +(b)(6) | ☏ After Hours Command Center: +1-202-514-5000

**From:** (b)(6)
**Sent:** March 13, 2019 11:24 AM
**To:** (b)(6); (b)(6).doj.gov>; Gaudiosi, Eric V (b)(6); NEA-Jordan-DL <NEA-Jordan-DL@state.gov>; Olson, Jeffrey (CRM) <(b)(6)USDOJ.GOV>; (b)(6).usdoj.gov>
**Cc:** (b)(6); (b)(6).doj.gov>
**Subject:** RE: Tamimi RFJ

Thanks (b)(6) I will reach out to NSC to see if that time works for them and revert back.

**Official**
**UNCLASSIFIED**

From: (b)(6) <(b)(6)@usdoj.gov>
Sent: Wednesday, March 13, 2019 11:15 AM
To: (b)(6) Gaudiosi, Eric V <(b)(6)> NEA-Jordan-DL <NEA-Jordan-DL@state.gov>; Olson, Jeffrey (CRM) <(b)(6)@usdoj.gov>; (b)(6) <(b)(6)@usdoj.gov>
Cc: (b)(6) <(b)(6)@usdoj.gov>
Subject: RE: Tamimi RFJ

(b)(6) and Eric-
Looping in Jeff Olson from DOJ OIA and (b)(6) Let's have a conference call to discuss further. If, as you suggested, someone from NSC can be on the phone call, that might help provide clarity on what the precise questions are and help us to focus our response. We are all available at 4 pm if that would work for you. We can use the dial –in below.
Thanks.

(b)(6)

Passcode
(b)(7)(E)

From: (b)(6)
Sent: Wednesday, March 13, 2019 8:49 AM
To: Gaudiosi, Eric V (b)(6) (b)(6) <(b)(6)doj.gov>; NEA-Jordan-DL <NEA-Jordan-DL@state.gov>
Subject: RE: Tamimi RFJ

(b)(6) could you call Eric at 10 and I will join him in his office?

(b)(6)

-----Original Message-----
From: Gaudiosi, Eric V <(b)(6)>
Sent: Wednesday, March 13, 2019 8:40 AM
To: (b)(6) <(b)(6)@usdoj.gov>; NEA-Jordan-DL <NEA-Jordan-DL@state.gov>
Subject: RE: Tamimi RFJ

We'd very much look forward to a call. If a broader conference call would take too long to organize perhaps we could have an initial conversation this morning.

10:00 would work for me.

Many thanks, EVG

Eric V. Gaudiosi
Acting DAS
Bureau of Near Eastern Affairs
(b)(6)

-----Original Message-----
From: (b)(6) <(b)(6)@usdoj.gov>
Sent: Wednesday, March 13, 2019 8:36 AM
To: (b)(6)
Cc: (b)(6) (USADC), (b)(6); (b)(7)(C); (b)(7)(E) (b)(6); (b)(6)
(b)(6)
(b)(6) NEA-Jordan-DL <NEA-Jordan-DL@state.gov>
Subject: Re: Tamimi RFJ

Perhaps a phone call would help me better understand the context of these questions. Would 10 am work for a call ?

On Mar 12, 2019, at 7:49 PM, (b)(6) wrote:

(b)(5)

_____

From: (b)(6) <(b)(6)@usdoj.gov<mailto:(b)(6)@usdoj.gov>>
Date: March 12, 2019 at 7:40:24 PM EDT
To: (b)(6)
Cc: (b)(6); (b)(7)(C); (b)(6); (b)(7)(C); (b)(7)(E) (b)(6); (b)(6); (b)(7)(C); (b)(7)(E); (b)(6)
(b)(6)
(b)(6)
(b)(6) (b)(6)
(b)(6)@usdoj.gov<mailto:(b)(6)@usdoj.gov>>, NEA-Jordan-DL <NEA-Jordan-DL@state.gov<mailto:NEA-Jordan-DL@state.gov>>
Subject: Re: Tamimi RFJ

(b)(6)
(b)(5)                                                                                   (b)(6)

I can be reached on my cell if concerns or questions remain.
Take care.
(b)(6)

Sent from my iPhone

On Mar 12, 2019, at 6:44 PM (b)(6) (b)(6) wrote:

Thanks, (b)(

(b)(5)

Thanks,

(b)(6)

Acting Deputy Director for Jordan and Lebanon Bureau of Near Eastern Affairs/Office of Levant Affairs U.S. Department of State
(b)(6)

Official
UNCLASSIFIED

From: (b)(6)
<(b)(6)@usdoj.gov<mailto:(b)(6)@usdoj.gov><mailto:(b)(6)@usdoj.gov>>
Sent: Tuesday, March 12, 2019 5:31 PM
To: (b)(6)
Cc: (b)(6); (b)(7)(C); (b)(7)(F) (b)(6)
<(b)(6)@usdoj.gov<mailto:(b)(6)@usdoj.gov><mailto:(b)(6)@usdoj.gov>>; (b)(6)
(b)(6); (b)(7)(C)
(b)(6)
(b)(6)
(b)(6) >;(b)(6)
<(b)(6)@usdoj.gov<mailto:(b)(6)@usdoj.gov><mailto:(b)(6)@usdoj.gov>>
Subject: RE: Tamimi RFJ

Of course. Fire when ready. (b)(6) Adding (b)(6) of my office, who is also working on the case.

From: (b)(6)
Sent: Tuesday, March 12, 2019 5:28 PM
To: (b)(6)
(b)(6)
(USADC) <(b)(6)  doj.gov<mailto:(b)(6)  doj.gov<mailto:(b)(6)  doj.gov>>
Cc: (b)(6)
(b)(6)  doj.gov<mailto:(b)(6)  doj.gov<mailto:(b)(6)  doj.gov>>;
(b)(6); (b)(7)(C) (b)(6)
(b)(6)

Subject: RE: Tamimi RFJ
Importance: High

Good afternoon, (b)( ) RFJ received an inquiry from our regional bureau at State and had some very specific legal questions regarding the al-Tamimi case and extradition.

I wanted to introduce you to (b)(6) who had additional questions.

If you could reply to (b)(6) DS would appreciate it.

(b)(6); (b)(7)(C)

Best,

(b)(6); (b)(7)(C)

_____ Foreign Affairs Officer U.S. Department of State Bureau of Diplomatic Security Threat Investigations and Analysis (TIA) Rewards for Justice Program (RFJ) (b)(6); (b)(7)(C)

(b)(6); (b)(7)(C)

www.rewardsforjustice.net<http://www.rewardsforjustice.net/>>

Official
UNCLASSIFIED

**Official**
**UNCLASSIFIED**

| | |
|---|---|
| **Sender:** | (b)(6); (b)(7)(C) |
| **Recipient:** | (b)(6) |