

**United States Department of State**

*Washington, D.C.  20520*

December 13, 2024

Case No. FL-2021-00034

Gregg Mashberg
Proskauer Rose LLP
Eleven Times Square
New York, NY 10036-8299

Dear Mr. Mashberg:

As we noted in our letter dated June 14, 2023, we have processed your request for material under the Freedom of Information Act ("FOIA"), 5 U.S.C. § 552.  While reviewing the records for the *Vaughn* Index, the Department of State ("Department") identified one responsive record subject to the FOIA that was not previously produced.  Upon review, we have determined the one record may be released in part.  In addition, the Department determined that one previously released record, A-0000330289, contained information that should also have been withheld pursuant to FOIA Exemption 7, 5 U.S.C. § 552(b)(7)(A).  We are also including an updated copy of this record.

An enclosure explains the FOIA exemptions and other grounds for withholding material.  Where we have made redactions, the applicable FOIA exemptions are marked on each record.  Where applicable, the Department has considered the foreseeable harm standard when reviewing these records and applying FOIA exemptions.  All non-exempt material that is reasonably segregable from the exempt material has been released and is enclosed.

If you have any questions, your attorney may contact Stephen DeGenaro, Assistant U.S. Attorney, at stephen.degenaro@usdoj.gov. Please refer to the case number, FL-2021-00034, and the civil action number, 20-cv-03838, in all correspondence about this case.

                                                Sincerely,

                                                Diamonece Hickson
                                                Supervisory Government Information Specialist
                                                Litigation and Appeals Office

Enclosures:  As stated.

## The Freedom of Information Act (5 USC 552)

### FOIA Exemptions

(b)(1)  Information specifically authorized by an executive order to be kept secret in the interest of national defense or foreign policy.  Executive Order 13526 includes the following classification categories:

    1.4(a)  Military plans, systems, or operations
    1.4(b)  Foreign government information
    1.4(c)  Intelligence activities, sources or methods, or cryptology
    1.4(d)  Foreign relations or foreign activities of the US, including confidential sources
    1.4(e)  Scientific, technological, or economic matters relating to national security, including defense against transnational terrorism
    1.4(f)  U.S. Government programs for safeguarding nuclear materials or facilities
    1.4(g)  Vulnerabilities or capabilities of systems, installations, infrastructures, projects, plans, or protection services relating to US national security, including defense against transnational terrorism
    1.4(h)  Weapons of mass destruction

(b)(2)  Related solely to the internal personnel rules and practices of an agency

(b)(3)  Specifically exempted from disclosure by statute (other than 5 USC 552), for example:

| | |
|---|---|
| ARMSEXP | Arms Export Control Act, 50a USC 2411(c) |
| CIA PERS/ORG | Central Intelligence Agency Act of 1949, 50 USC 403(g) |
| EXPORT CONTROL | Export Administration Act of 1979, 50 USC App. Sec. 2411(c) |
| FS ACT | Foreign Service Act of 1980, 22 USC 4004 |
| INA | Immigration and Nationality Act, 8 USC 1202(f), Sec. 222(f) |
| IRAN | Iran Claims Settlement Act, Public Law 99-99, Sec. 505 |

(b)(4)  Trade secrets and confidential commercial or financial information

(b)(5)  Interagency or intra-agency communications forming part of the deliberative process, attorney-client privilege, or attorney work product

(b)(6)  Personal privacy information

(b)(7)  Law enforcement information whose disclosure would:
    (A)  interfere with enforcement proceedings
    (B)  deprive a person of a fair trial
    (C)  constitute an unwarranted invasion of personal privacy
    (D)  disclose confidential sources
    (E)  disclose investigation techniques
    (F)  endanger life or physical safety of an individual

(b)(8)  Prepared by or for a government agency regulating or supervising financial institutions

(b)(9)  Geological and geophysical information and data, including maps, concerning wells

### Other Grounds for Withholding

NR  Material not responsive to a FOIA request excised with the agreement of the requester

FL-2021-00034    A-00000445759           "UNCLASSIFIED"           12/13/2024   Page 1

# Discussion of Extradition Treaty with Jordan

**Background**

      The Extradition Treaty between the United States of America and Hashemite Kingdom of Jordan (the "Treaty") was signed at Washington on March 28, 1995. The exchange of instruments of ratification took place on July 29, 1995. On January 25, 1997, the Jordanian Court of Cassation ruled that the Treaty was unconstitutional because the Government of Jordan had not submitted the Treaty to its Parliament for endorsement. The Jordanian Parliament has so far not approved the Treaty. Nor has the Government taken any other steps to correct the situation. As a result, since the Court of Cassation ruling in 1997, the Kingdom of Jordan has not granted any extradition requests the United States has made pursuant to the Treaty.

      As a matter of international law, the fact that the Treaty is legally invalid under Jordanian law is immaterial. Exchange of instruments of ratification is sufficient for the Treaty to enter into force. Thus, the Treaty has been in force between Jordan and the United States since July 29, 1995 and will continue to be so until Jordan or the United States take the steps provided for by the Treaty to renounce the Treaty. (The Treaty is listed in "Treaties in Force: A List of Treaties and Other International Agreements of the United States in Force on January 1, 2011," the Department of State's publication that provides information on treaties and other international agreements to which the United States has become a party and which are carried on



(b)(5)

Withheld pursuant to exemption

(b)(5)

Withheld pursuant to exemption

(b)(5)

| From: | (b)(6) |
|---|---|
| To: | Amman Political Americans <Amman-Political-Americans@state.gov> |
| Subject: | Did this ever go out? FW: EXTRADITION: JORDAN: AHLAM AREF AHMAD AL-TAMIMI (POB: Palestine, DOB: 20 JAN 80 or 20 OCT 80) |
| Date: | Wed, 15 Mar 2017 09:36:41 -0400 |

Did this request ever go out?

I saw the article below on the issue which says the Jordanian courts "have said their constitution does not allow for the extradition of Jordanian nationals."

http://www.aljazeera.com/news/2017/03/ahlam-aref-ahmad-al-tamimi-fbi-wanted-list-170314223916414.html


Official ~~SBU~~
UNCLASSIFIED

**From:** (b)(6) (Amman)
**Sent:** Wednesday, February 15, 2017 4:56 PM
**To:** Amman Political Americans
**Subject:** FW: EXTRADITION: JORDAN: AHLAM AREF AHMAD AL-TAMIMI (POB: Palestine, DOB: 20 JAN 80 or 20 OCT 80)

(b)(6) - can you get the dip note machine cranking on this one? Thx.

Official
UNCLASSIFIED

**From:** SMART Core
**Sent:** Wednesday, February 15, 2017 4:51 PM

(b)(6)

FL-2021-00034   A-00000330289   "UNCLASSIFIED"   12/13/2024   Page 5

(b)(6)

**Subject:** EXTRADITION: JORDAN: AHLAM AREF AHMAD AL-TAMIMI (POB: Palestine, DOB: 20 JAN 80 or 20 OCT 80)

(b)(5);   (b)(7)(A)

FL-2021-00034   A-00000330289   "UNCLASSIFIED"   12/13/2024   Page 6

(b)(5); (b)(7)(A)

FL-2021-00034   A-00000330289   "UNCLASSIFIED"   12/13/2024   Page 7

(b)(5);   (b)(6);   (b)(7)(A)

FL-2021-00034    A-00000330289    "UNCLASSIFIED"    12/13/2024   Page 8

(b)(5);   (b)(6)

**Sender:** (b)(6)
**Recipient:** Amman Political Americans <Amman-Political-Americans@state.gov>