UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

FRIMET ROTH, et al.,

      Plaintiffs,

v.

DEPARTMENT OF STATE,

      Defendant.

Civil Action No. 20-3838 (ABJ)

## [PROPOSED] ORDER

UPON CONSIDERATION of Plaintiffs' cross-motion for summary judgment, Defendant's opposition, any replies thereto, and the entire record herein, it is hereby

ORDERED that Plaintiffs' cross-motion is GRANTED, and it is further

ORDERED that Defendant's motion is GRANTED, and it is further

ODERED that summary judgment is ENTERED in favor of Defendant.

This is a final appealable order.


SO ORDERED:


_____                    _____
Date                                         AMY BERMAN JACKSON
                                            United States District Judge