UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| FRIMET ROTH, et al.,<br><br>  Plaintiffs,<br><br>  v.<br><br>U.S. DEPARTMENT OF STATE,<br><br>  Defendant. | )<br>)<br>)<br>)<br>)<br>) Civil Action No. 20-3838 (ABJ)<br>)<br>)<br>)<br>)<br>) |

**PLAINTIFFS' UNOPPOSED MOTION TO MODIFY THE BRIEFING SCHEDULE**

Plaintiffs move this Court to modify the existing briefing schedule pursuant to Fed. R. Civ. P. 6(b)(1). Pursuant to Local Civil Rule 7(m), undersigned counsel has conferred with Defendant's counsel, who does not oppose the requested relief. In support of this motion, Plaintiffs state as follows:

1. On September 6, 2024, this Court established the current briefing schedule for summary judgment. The remaining deadline is **February 24, 2025,** for Plaintiffs' reply.

2. Plaintiffs request a 14-day extension, until **March 10, 2025,** to file their reply.

3. There is good cause for this request. Plaintiffs would benefit from a reasonable additional amount of time to review the materials served with Defendant's combined opposition/reply, including its amended *Vaughn* index.

4. The undersigned discussed the requested relief with Defendant's counsel, and Defendant's counsel agrees to the modified briefing schedule.

5. This is Plaintiffs' first request to modify the current briefing schedule and granting this motion will not result in prejudice to any party. This motion is filed in good faith and not for the purpose of delay.

Dated: February 15, 2025					Respectfully submitted,

/s/     Margaret A. Dale_____

Margaret A. Dale (*pro hac vice*)
Henrique N. Carneiro (*pro hac vice*)
Proskauer Rose LLP
11 Times Square
New York, New York 10036
mdale@proskauer.com
hcarneiro@proskauer.com
Tel: (212) 969-3315


Marielle T. LaBerge (pro hac vice)
Proskauer Rose LLP
One International Place
Boston, MA 02110
mlaberge@proskauer.com
Tel: (617) 526-9628


Guy Brenner (D.C. Bar No. 491964)
Proskauer Rose LLP
1001 Pennsylvania Ave, N.W.
Suite 600 South
Washington, D.C. 20004-2533
gbrenner@proskauer.com
Tel: (202) 416-6830

*Counsel for Plaintiffs*