UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| FRIMET ROTH and ARNOLD ROTH, )<br>)<br>Plaintiffs, )<br>)<br>v. )<br>)<br>U.S. DEPARTMENT OF STATE, )<br>)<br>Defendant. )<br>) | Civil Action No. 20-3838 (ABJ) |

**[PROPOSED] ORDER**

UPON CONSIDERATION of Plaintiffs' unopposed motion to modify the briefing schedule, it is:

ORDERED that Plaintiffs' reply shall be filed on or before **March 10, 2025.**

SO ORDERED:

_____                                              _____
Date                                                                          AMY BERMAN JACKSON
                                                                                     United States District Judge