# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| FRIMET ROTH, et al., | ) |
| Plaintiffs, | ) |
| v. | ) Civil Action No. 20-3838 (ABJ) |
| U.S. DEPARTMENT OF STATE, | ) |
| Defendant. | ) |

## ERRATA TO ECF NO. 58

Plaintiffs hereby re-file their Unopposed Motion to Modify the Briefing Schedule in compliance with the instructions in the Court's February 18, 2025 notice of error.

Dated: February 18, 2025

Respectfully submitted,

/s/     Margaret A. Dale

Margaret A. Dale (*pro hac vice*)
Henrique N. Carneiro (*pro hac vice*)
Proskauer Rose LLP
11 Times Square
New York, New York 10036
mdale@proskauer.com
hcarneiro@proskauer.com
Tel: (212) 969-3315

Marielle T. LaBerge (*pro hac vice*)
Proskauer Rose LLP
One International Place
Boston, MA 02110
mlaberge@proskauer.com
Tel: (617) 526-9628

Guy Brenner (D.C. Bar No. 491964)
Proskauer Rose LLP
1001 Pennsylvania Ave, N.W.
Suite 600 South
Washington, D.C. 20004-2533
gbrenner@proskauer.com

Tel: (202) 416-6830

*Counsel for Plaintiffs*