UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| FRIMET ROTH, et al.,, <br><br> Plaintiffs, <br><br> v. <br><br> DEPARTMENT OF STATE, <br><br> Defendant. | Civil Action No. 20-3838 (ABJ) |

## SUBSTITUTION OF COUNSEL

Defendant requests that the Clerk of the Court please remove the appearance of former Assistant United States Attorney Kartik Venugswamy as counsel for Defendant in the above-captioned case. Assistant United States Attorney Brian Levy continues to serve as lead counsel for Defendants

Dated: March 20, 2026

Respectfully submitted,

JEANINE FERRIS PIRRO
United States Attorney

By: _____  */s/ Brian J. Levy*  _____
BRIAN J. LEVY
Assistant United States Attorney
601 D Street, NW
Washington, DC 20530
(202) 252-6734

*Attorney for the United States of America*