UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

FRIMET ROTH, et al.,,

        Plaintiffs,

    v.

DEPARTMENT OF STATE,

        Defendant.

Civil Action No. 20-3838 (ABJ)

## NOTICE OF DELIVERY

On March 19, 2026, the Court ordered Defendant " to deliver to chambers for in camera inspection documents 19, 28, and 29, on or before March 24, 2026." Mar. 19, 2026, Min. Order. The Court further ordered that " for any documents withheld in part, any redactions to the documents shall be identified with boxes around the text so the information withheld from plaintiffs is easily identifiable." *Id.*

On March 24, 2026, Defendant delivered the documents by hand-delivering a thumb drive to the Court's Courtroom Deputy in the Clerk's Office. Defendant notes that, with respect to those documents, only redactions pursuant to Exemption 5 alone are at issue. *See* Pl.'s Cross-Mot. at 9–10, 15–18, ECF No. 53-1. Such redactions are identified in red boxes. Material exempt under Exemptions 6 and 7(C) that was part of a broader Exemption 5 withholding was not separately marked in the copies sent to the Court.

- 2 -

Dated: March 24, 2026
     Washington, DC

Respectfully submitted,

JEANINE FERRIS PIRRO
United States Attorney


By:        /s/ Brian J. Levy
     BRIAN J. LEVY
     Assistant United States Attorney
     601 D Street, NW
     Washington, DC 20530
     (202) 252-6734

*Attorneys for the United States of America*