UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

FRIMET ROTH, et al.,,

      Plaintiffs,

    v.

DEPARTMENT OF STATE,

      Defendant.

Civil Action No. 20-3838 (ABJ)

## **DEFENDANT'S CONSENT MOTION FOR AN EXTENSION OF TIME**

Defendant, by and through undersigned counsel, respectfully moves to extend the time to respond to the Court's order as follows. Plaintiffs, through counsel, have graciously consented to the relief requested.

On March 30, 2026, the Court granted Defendant's motion for summary judgment and denied Plaintiff's cross-motion for summary judgment in this Freedom of Information Act case with respect to documents 1–16, 19, and 21–34. *See* Order at 1. The Court "reserve[d] its ruling with respect to documents 17, 18, and 20 pending the receipt of additional information." *Id.*

Specifically, the Court concluded that Defendant "has laid the groundwork for the applicability" of Exemption 7(A) to withhold those documents in full "given its repeated representations that both the investigation and the efforts to extradite Tamimi are in fact 'ongoing[,]'" "[b]ut the descriptions of the harm that could flow from releasing Jordan's initial reactions to the request for extradition now are too general and too conclusory" given the passage of time. Order at 20–21. As such, "[t]he Court encourage[d] the agency to reconsider its decision to withhold these records" but, if the Defendant continued to believe that withholding those document was necessary, it was ordered to "supplement its showing that disclosure could

- 2 -

reasonably be expected to interfere with that aspect of the law enforcement proceeding, and that the agency reasonably foresees that disclosure would harm an interest protected by the exemption, by April 21, 2026." *Id.* at 21; *id.* ("[D]efendant is ORDERED to file by April 21, 2026, a supplement showing that disclosure of documents 17, 18, and 20 could reasonably be expected to interfere with and cause harm to its ongoing efforts to extradite Tamimi.").

Defendant expects to provide the three documents to Plaintiffs this week with partial redactions. Defendant and Plaintiffs agree that Plaintiffs will need time to review the documents. Accordingly, with Plaintiffs' consent, Defendant proposes

- Plaintiffs will review the reprocessed documents and inform Defendant whether Defendant is satisfied with the redactions by Friday, May 1, 2026;

- If Plaintiffs are satisfied with the reprocessed documents, the parties shall promptly inform the Court; and

- If Plaintiffs are not satisfied, Defendant shall file a supplemental declaration by Friday, May 22, 2026.

Dated:  April 15, 2026
      Washington, DC

Respectfully submitted,

JEANINE FERRIS PIRRO
United States Attorney

By:           /s/ Brian J. Levy
      BRIAN J. LEVY
      Assistant United States Attorney
      601 D Street, NW
      Washington, DC 20530
      (202) 252-6734

*Attorneys for the United States of America*

- 3 -