UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

FRIMET ROTH, et al.,,

        Plaintiffs,

    v.

DEPARTMENT OF STATE,

        Defendant.

Civil Action No. 20-3838 (ABJ)

**[PROPOSED] ORDER**

UPON CONSIDERATION of Defendant's Consent Motion for an Extension of Time, and the entire record herein, it is hereby

ORDERED that Defendants' motion is GRANTED, and it is further

ORDERED that

- Plaintiffs will review the reprocessed documents and inform Defendant whether Defendant is satisfied with the redactions by Friday, May 1, 2026;

- If Plaintiffs are satisfied with the reprocessed documents, the parties shall promptly inform the Court; and

- If Plaintiffs are not satisfied, Defendant shall file a supplemental declaration by Friday, May 22, 2026.

SO ORDERED:


_____

Date                                  United States District Judge