UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| FRIMET ROTH, et al.,, <br><br> Plaintiffs, <br><br> v. <br><br> DEPARTMENT OF STATE, <br><br> Defendant. | Civil Action No. 20-3838 (ABJ) |

## NOTICE OF LODGING

Pursuant to the Court's June 8, 2026, Minute Order, Defendant, through undersigned counsel, hereby provides notice that today, June 22, 2026, Defendant lodged for submission an ex parte in camera declaration in further support of Defendant's motion for summary judgment.

Dated: June 22, 2026

Respectfully submitted,

JEANINE FERRIS PIRRO
United States Attorney


By:        */s/ Brian J. Levy*
　　　BRIAN J. LEVY
　　　Assistant United States Attorney
　　　601 D Street, NW
　　　Washington, DC 20530
　　　(202) 252-6734

*Attorneys for the United States of America*